UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-1004 |
| | : | |
| CAMILLE HOWE, | : | |
| as next friend of the minor child, | : | |
| A.H. | : | |
| and | : | |
| A.H., individually | : | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 18th day of July 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendants

Camille Howe and minor child A.H., were served with process on June 21, 2006. The Return of Service/Affidavits were filed with this Court and are attached to this affidavit. See. Ex. 1. The answer to the complaint was due on July 11, 2006.

I further certify under penalty of perjury that no appearance has been entered by said defendants, no pleading has been filed and none served upon the attorney for the plaintiff; no timely request for an extension of time has been filed with this Court and the time for filing has expired; that the defendant is neither an infant nor an incompetent person. (Defendant mother and her minor child has been competently represented by counsel).

The Clerk is requested to enter a Default against said defendants.

        Respectfully submitted
          **//S//**

_____

William E. Houston, Esq.
Attorney for Plaintiff
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)