AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia



Options Public Charter School

**SUMMONS IN A CIVIL CASE**

V.

Camille Howe,
as next of friend of the minor child,
A.H., et. al.

CASE NUMBER   1:06CV01004

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 05/31/2006

TO: (Name and address of Defendant)

Serve:  Camille Howe
        3200 Buena Vista Terrace, S.E.
        Washington, D.C.  20020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William E. Houston, Esq.
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    MAY 3 1 2006
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE June 21, 2006, 8:30PM |
| NAME OF SERVER *(PRINT)* Edwin L. Jarnagin | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:  3200 Buena Vista Terr. Washington, DC 20020

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Andrea Howe, daughter

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 23, 2006
                     *Date*

*Signature of Server*  Edwin L. Jarnagin

*Address of Server*
Accurate Legal Services
808-B "L" Street SE
Washington DC 20003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.