UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL  :
:
    Plaintiff  :
:
    v.  :  **CIVIL ACTION NO. 06-1004**
:
CAMILLE HOWE,  :
as next friend of the minor child,
A.H.  :
and  :
A.H., individually  :

## DEFAULT

It appearing that the above-named defendants, Camille Howe and A.H., have failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on the 21st day of June 2006, and an affidavit on behalf of the plaintiff attached to this notice, it is this _____ day of _____, 2006 declared that because the defendant has not filed an answer or any other pleading in this case and has not timely requested an extension of time, the defendants, Camille Howe and A.H., herein are in default.

Nancy M. Mayer-Whittington, Clerk

By _____
    Deputy Clerk