**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 06-1004 (PLF)** |
| | : | |
| CAMILLE HOWE, | : | |
| as next friend of the minor child, | : | |
| A.H. | : | |
| and | : | |
| A.H., individually | : | |
| | : | |
| Defendants | : | |

**ORDER**

The parties having come before the Court on a Motion for Default Judgment and the

Court finding that the Defendants failed to respond or otherwise defend themselves against the

complain and therefore there are no material issues of fact preventing the issuance of the Default

Judgment in favor of the plaintiff, this _____ day of                                    , 2006, does

Hereby:

ORDER the Reversal of the May 23, 2006, Hearing Officer's Decision and therefore find that the

Options PCS did not deny the defendants a free appropriate public education; and

FURTHER ORDERS: Defendants to reimburse attorney fees and costs to the plaintiffs.


_____
Paul L. Friedman
United States District Court Judge