IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

Options Public Charter School,

                                                   **APPEARANCE**

      Plaintiff(s)

    v.                                   Civil Action No. **06-1004 PLF**

Camille Howe, *et al.*

      Defendant(s)

---

**PRAECIPE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Anna Forbes Towns as Counsel in this case for Camille Howe, *et al.*

1 August 2006
Date

                                       Anna Forbes Towns [431553]
                                       313 Hammonton Place
                                       Silver Spring, Maryland 20904
                                       Office (301) 680-9175
                                       Cell   (202) 359-3464

**RECEIVED**

AUG - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I, Anna Forbes Towns, hereby certify on this 1st day of August 2006 that a copy of the Notice of Appearance was served via first class mail postage prepaid to:

William E. Houston, Esq.
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314
Counsel for Plaintiff

Anna Forbes Towns, Esq.