IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.                                                Civil Action No. **1:06:CV01004** (PLF)

CAMILLE HOWE, *et al.*,

    Defendants.

## DEFENDANTS' MOTION TO VACATE A DEFAULT JUDGMENT OR ALTERNATIVELY SET ASIDE A DEFAULT

Pursuant to *Fed. R. Civ. P. 55 (c) and/or 60 (b)*, Defendants respectfully motion to vacate a default judgment or alternatively set aside a default. The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities filed pursuant to *LCvR 7.1 (a)*, which is attached hereto.

                                      Respectfully submitted,

                                      */s/ Anna Forbes Towns*
                                      Anna Forbes Towns (431553)
                                      315 Hammonton Place
                                      Silver Spring, Maryland 20904
                                      (202) 359-3464