IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.                                       Civil Action No. **1:06:CV01004** (**PLF**)

CAMILLE HOWE, *et al.*,

    Defendants.

## ORDER

Upon consideration of Defendant's Motion, Plaintiff's Opposition thereto, and the record herein, it is hereby

**ORDERED** that Defendant's Motion to Vacate a Default Judgment or Alternatively Set Aside a Default is **GRANTED**.

**SO ORDERED.**

DATE:_____

                                                    Honorable Paul L. Friedman
                                                    United States District Judge