Law Offices
# DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Paul S. Dalton*
Ellen Douglass DAlton*
William E. Houston¥
Laura E. Duos✚
Jessica Smith✭

* ADMITTED IN VA, DC, & WVA
¥ ADMITTED IN DC, PA, & U.S. SUPREME COURT
✚ ADMITTED IN MD & DC
✭ ADMITTED IN VA, DC BAR PENDING

31 May 2006

Ms. Anna Forbes Towns                              **Transmitted via facsimile**
313 Hammonton Place
Silver Spring, MD 20904

*Re:*   A███ H███                                   D.O.B.: 15 August 1992

Dear Ms. Towns:

On behalf of Options Public Charter School, I hereby notify you that we are appealing the decision of Hearing Officer Tonya Butler-Truesdale regarding the Due Process Hearing which occurred on 12 May 2006 at 9:00 a.m.

The federal appeal effectively stays the decision until the courts rule on the appeal. If you decide to get the independent assessments as the HOD provides, Options will not pay for them at this time and you and your client risk the financial obligation if the federal court rules in Options favor.

Sincerely,

William E. Houston, esq

```
      »   »   » Transmission Result Report (Memory TX) ( May 31  2006 10:14AM ) »   »   »
                                                                           2) Dalton, Dalton & Houston

Date/Time: May 31  2006  10:13AM

File                                                                                         Page
No. Mode       Destination                           Pg(s)       Result       Not Sent
---------------------------------------------------------------------------------------------
5739 Memory TX    92023184755                           P.  2       OK



















Reason for error
   E.1) Hang up or line fail                  E.2) Busy
   E.3) No answer                             E.4) No facsimile connection
```

**FACSIMILE TRANSMISSION COVER SHEET**
DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

DATE: 31 MAY 06

TO: ANNA FORBES TOWNS

AT FAX: 202 318-4755

FROM: WILLIAM HOUSTON

RE: A████ Y H████ E –

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: PLEASE DELIVER ASAP:

*********************************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.
*********************************************************************