Law Offices
# DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Paul S. Dalton*
Ellen Douglass DAlton*
William E. Houston¥
Laura E. Duos✢
Jessica Smith✭

* ADMITTED IN VA, DC, & WVA
¥ ADMITTED IN DC, PA, & U.S. SUPREME COURT
✢ ADMITTED IN MD & DC
✭ ADMITTED IN VA, DC BAR PENDING

29 June 2006

Ms. Anna Forbes Towns                                    **Transmitted via facsimile**
313 Hammonton Place
Silver Spring, MD 20904

Re:    A███ H███                                D.O.B.: 15 August 1992

Dear Ms. Towns:

   On behalf of Options Public Charter School, I am responding to your letter dated today, 29 June 2006. The subject matter of your letter is intent to conduct independent assessments.
   On 31 May 2006, I notified you that Options has appealed the 23 May 2006 Hearing Officer's Decision. I stated in that letter:
   > The federal appeal effectively stays the decision until the courts rule on the appeal. If you decide to get the independent assessments as the HOD provides, Options will not pay for them at this time and you and your client risk the financial obligation if the federal court rules in Options favor.

   Options continues to maintain that position – if the parent decides to obtain the assessment, the parent does so at her financial peril. It would also behoove you that you notify any independent assessor of this letter and the 31 May 2006 letter because Options will not pay for the independent assessments while the matter is before the federal courts.

   If you do not inform your client of my previous letter of 31 May 2006 and this letter, you may be putting yourself into jeopardy. To repeat, Options has appealed the decision and it will not, **will not** pay for any assessments the parent is seeking.

Sincerely,

William E. Houston, esq

```
> > >  Transmission Result Report (Memory TX)  ( Jun.29. 2006 11:45AM )  > > >
                                                                    Dalton, Dalton & Houston
```

Date/Time: Jun.29. 2006 11:45AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 0660 | Memory TX | 2023184755 | P. 2 | OK | |

Reason for error
  E.1) Hang up or line fail            E.2) Busy
  E.3) No answer                       E.4) No facsimile connection

---

### FACSIMILE TRANSMISSION COVER SHEET
**DALTON, DALTON, & HOUSTON, P.C.**
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

**DATE:** 29 June 06

**TO:** ANNA FORBES TOWNS

**AT FAX:** 202 318-4755

**FROM:** WILLIAM HOUSTON

**RE:** ▬▬▬▬

**NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**COMMENTS:** PLEASE DELIVER ASAP:

************************************************************

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.

************************************************************