*ATTORNEY ANNA FORBES TOWNS AND ASSOCIATES*
*313 Hammonton Place*
*Silver Spring, Maryland 20904*
*Phone :( 301) 680-9175*
*Fax :( 202) 318-4755*
*Email: law@annatowns.com*

July 5, 2006

DCPS Office of Special Education
Division of Compliance and Dispute Resolution
Attention: Ms. Paula Perelman, Director of Dispute Resolution and Settlement
825 North Capitol Street, NE, 6th Floor
Washington, DC 20002

Re:  **Public Charter School Declines to Implement Hearing Officer's Decision Based Upon the Intent to Appeal in Federal Court**

    **Student:**   A█████ H█████   DOB: 8/15/92
    **School:**    Options Public Charter School
    **Counsel:**   William E. Houston, Esq.

Dear Ms. Perelman:

The purpose of this letter is to seek the guidance of your office regarding the decline of Options Public Charter School to fund independent evaluations as ordered in a Hearing Officer's Decision.

A Due Process Hearing regarding the above-referenced student was convened on May 12, 2006 at the DCPS Student Hearing Office. A Hearing Officer's Decision (HOD) was issued on May 23, 2006. Pursuant to the HOD, Options was ordered to conduct specific evaluations; to fund ordered independent evaluations; and to convene an MDT/IEP/Placement Meeting upon the completion of the evaluations to determine appropriate educational planning for this student.

On May 31, 2006 Options PCS, through Counsel, submitted notice of intent to appeal the HOD in federal court. In a follow-up letter, dated 6/29/06, Options specifically indicated that it would not fund independent evaluations, pending a ruling of the federal court on the appeal.

The parent of the above-referenced student, Ms. Camille Howe, is concerned that the decline of Options PCS to implement the HOD and to fund the ordered independent evaluations is a denial of FAPE and prevents appropriate planning for her daughter's educational program and placement decisions.

Please provide me with the DCPS policy regarding the issue of whether a Public Charter School is required to implement an HOD during the pendency of an appeal of the HOD in federal court. Placement decisions for this student cannot be made until evaluations ordered in the HOD have been completed and the MDT/IEP/Placement Meeting has been held.

A copy of the letter received from Options Public Charter School regarding this matter and a copy of the HOD are attached. If additional information is needed, I can be reached on 301.680.9175.

Your expeditious response in this matter is appreciated.

Sincerely,

*Anna Forbes Towns*
Anna Forbes Towns, Esq.

Attachments

Cc:   William E. Houston, Esq., Counsel for Options Public Charter School
      Abbey Hairston, Esq., DCPS General Counsel

*Licensed to Practice Law in the District of Columbia*