State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs

**AH-1**



# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (**called a "Resolution Session"**) with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

**A.   INFORMATION ABOUT THE STUDENT:**

Name of the Student: A_____ H_____                                      Date of Birth: **8/15/92**

Address: __**3200 Buena Vista Terrace SE Washington, DC 20020**__

Home School: __**DCPS**__

Present School of Attendance: __**Options Public Charter School**__

Is this a charter school? __**Yes**__     (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: __**Ms. Camilole Howe**__

Address (if different from the student's above): __**Same as above**__

SEID DPCN Rev'd 7/01/05

B. **Legal Representative/Attorney:**

Name: __Anna Forbes Towns, Esq.__

Address: __313 Hammonton Place   Silver Spring, Maryland  20904__

Phone: (w) __301.680.9175__   (Fax) __202.318.4755__   (e-mail) __law@annatowns.com__

Will attorney / legal representative attend the resolution session?   **X** Yes   __ No

C. **Complaint Made Against (check all that apply):**

X   DCPS school (name of the school if different from page one) _____
X   Charter school (name of the charter school if different from page one)
_____
☐ Non-public school or residential treatment facility (name) _____
☐ Parent

D. **Resolution Session Meeting between Parent/Representative and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

**The parent, by and through Counsel, wishes to waive the Resolution Meeting to resolve this complaint.**

E. **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

**The parent, by and through Counsel, requests to proceed directly to a Due Process Hearing.**

F. **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1. **Nature of the problem:**

A███ H███, 13.6 years old, is a 7th grade student presently enrolled at Options Public Charter School. A███ is a special education student with a disability code of "Learning Disability." The initial IEP for this student, dated 1/26/06, indicated that the student required 24 hours of specialized instruction and the related service of Psychological Counseling. The parent is concerned that A███ is not receiving "educational benefit" at her current placement.

2

The parent requested comprehensive evaluations for Ashley in 8/05 and a Consent to Evaluate was signed on 10/18/05. On 10/27, 11/3 and 11/14/05 a Psychoeducational Evaluation was conducted to assess Ashley's current cognitive abilities and academic functioning. According to school notes, Ashley was failing in all academic areas and was not making any progress in the current setting. According to the WISC-IV Test, Ashley has the following composite scores: VCI=81; PRI=90; WMI=71; PSI=85 and FSIQ=74. The following recommendations were made: (1) Ashley exhibits behaviors and characteristics consistent with the disability of Learning Disabled. (2) Ashley will require intensive specialized instruction in a setting with a small student to staff ratio. (3) Ashley would benefit from individual psychological counseling services to address low self concept regarding academic weaknesses. Further she will need to learn distress tolerance skills to manage responses to academic frustration.

A review of the Beery-Buktenica Development Test of Visual-Motor Integration (VMI) indicates that Ashley, at the age of 13.6 years old, is functioning as a child at the age of 9.6 years old. Ashley has a severe delay in the area of visual-motor functioning. An Occupational Therapy Assessment is needed to further assess Ashley's need for Occupational Therapy.

Ashley's academic testing demonstrated that her reading comprehension measures at a grade level of 3.8, Mathematics measures at the grade level of 2.8, and written language measured at the grade level of 3.1. With documentation of these academic levels, it is clear that Ashley is unable to receive "educational benefit" in a regular classroom where she is expected to perform at the 7th grade level. This student is in need of a full time program to address her needs.

The IEP Team convened on 1/26/06 to determine Ashley's eligibility to receive special educational services. The following persons constituted the IEP Team: Assistant Principal, LEA/Psychologist, Special Education teacher and the student's father. *IDEA 2004 requires that a regular education teacher participate as a member of the IEP Team.* According to the IEP Meeting notes dated 1/26/06, the following decisions were made regarding Ashley:

- The MDT determined that the student is eligible for special education services as a student with Learning Disability.

- Based on the disability and evaluation data, the student will require <u>24 hours of specialized instruction.</u> The student will require ½ hour <u>of psychosocial counseling</u> to address social and emotional needs. Specialized instruction will be provided for math, reading and written expression.

- Special Education services for this student will be provided in the following setting: <u>Out of General Education.</u>

- Placement: <u>Out of General Education – Options Public Charter School.</u>

The special education eligibility determination and the disability code for this student were based upon only one evaluation – the Psychoeducational Evaluation. *IDEA 2004 requires the following regarding the determination of special education eligibility: " In conducting the evaluation, the LEA shall...not use one single measure or assessment as the sole criterion for determining whether a child is a child with a disability or determining an appropriate educational program for the child".*

Subsequent to the IEP meeting held on 1/26/06, the IEP for this student was altered to <u>reduce the amount of time in special education from 24 hours to 15 hours,</u> without the participation of the IEP Team or the parent.

This student has been denied a free appropriate public education (FAPE) due to the failure of DCPS and/or Options Public Charter School to evaluate the student in all areas of suspected disability; failure to provide the student with an appropriate IEP; failure to provide the student with a special education program through which she could receive "educational benefit"; failure to convene an IEP meeting with the legally required members of the IEP team present; and for making changes in the student's IEP document (reduction in the number of service hours) without the participation of the IEP team or the parent.

3

II. **Issues presented:**

- Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to evaluate the student in all areas of suspected disability prior to making a determination of the appropriate disability code and special education eligibility.

- Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to provide her with an educational program consistent with her current IEP.

- Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to convene a legally constituted IEP team meeting to make the eligibility determination, determine the appropriate disability code and to develop an appropriate IEP and educational program for the student.

- Whether this student was denied FAPE due to Options PCS changing the number of service hours on the IEP without the participation of the parent or IEP Team.

- Whether this student is entitled to an award of compensatory education due to lost services based upon violations regarding the student's IEP, services and/or placement.

III. **to the extent known to you at this time, how can this problem be resolved?**

- DCPS and/or Options PCS shall ensure that this student has available a Free Appropriate Public Education, including special education and other related services defined by 34 CFR 300.24, designed to meet this student's unique needs and preparation for further education, employment and independent living.

- DCPS and/or Options PCS shall be ordered to conduct the following evaluations within 30 calendar days of the date of the Hearing Officer's Decision: Speech/Language Evaluation; Clinical Evaluation; Occupational Therapy Assessment; Social History; Clinical Evaluation; FBA and BIP; and Vision and Hearing Screenings.

- If DCPS and/or Options PCS fail to conduct either of the ordered evaluations within the 30-day timeframe, parent shall be authorized to seek independent evaluations at no expense to the parent.

- Options PCS shall be ordered to convene a legally constituted MDT/IEP/Placement meeting within 10 school days after receipt of the last evaluation to review each evaluation, review the student's records, amend the IEP, if necessary, and discuss placement and compensatory education.

- All meetings/conferences regarding this matter shall be scheduled through Counsel's office via fax (202.318.4755). Copies of each evaluation shall be submitted to Counsel at least 48 hours prior to the scheduled MDT/IEP meetings.

- The Hearing Officer shall find that there has been a denial of FAPE due to the failure of DCPS and/or Options PCS to provide this student with an appropriate IEP, academic program and services through which the student could receive "educational benefit" pursuant to IDEA.

- Based on the findings of fact and conclusions of law, the relief obtained by the parent/student materially alters the legal relationship of the parties by modifying DCPS' and/or Options PCS' behavior in a way that benefits the parent/student.

- DCPS shall fund reasonable attorney fees contingent upon the submission of a certified invoice to DCPS and/or Options PCS.

4

SFID DPCN Rev'd 7/01/05

### G. Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)_____
- Special Communication (please describe the type)_____
- Special Accommodations for Disability (please be specific)_____
- Other_____

### H. Signature:

*Anna Forbes Jouris, Esq.*        March 13, 2006
Legal Representative / Advocate (if applicable)          Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

5

SEID DPCN Rev'd. 7/01/05