UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL : | |
| Plaintiff : | |
| v. : | **CIVIL ACTION NO. 06-1004 (PLF)** |
| CAMILLE HOWE, : | |
| as next friend of the minor child, : | |
| A.H. *et. al.* : | |
| Defendants : | |

## ORDER

In consideration of the Defendant's Motion to Vacate Entry of Default and Plaintiff's Motion for Default Judgment, on this _____ day of _____, 2006, it is hereby:

ORDERED: The Motion to Vacate Entry of Default is DENIED;

FURTHER ORDERED: The Motion for Default Judgment is GRANTED.

_____
Paul L. Friedman
United States District Court Judge