UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-1004 (PLF) |
| | : | |
| CAMILLE HOWE, | : | |
| as next friend of the minor child, | : | |
| A.H. *et. al.* | : | |
| | : | |
| Defendants | : | |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

The Plaintiff, by and through counsel, hereby requests that the status conference set for 9:00 a.m. on September 7, 2006, be rescheduled. Plaintiff's counsel must appear in the United States District Court of Alexandria that same morning for a trial. Given the scheduling conflicts, the plaintiff is requesting that the Court reschedule the status conference.

Plaintiff's counsel contacted defendants' counsel for consent to this motion and to discuss potential alternative dates for the status conference. She consented to the motion and the parties propose the following potential dates : September 11th in the afternoon, or September 14th in the afternoon. If these dates are not convenient for the Court, the parties are available for a teleconference to discuss different dates.

Based on plaintiff's counsel's scheduling conflict, the plaintiff requests that the September 7th status conference be rescheduled.

        Respectfully submitted,

        ____/s/_____
        William E. Houston, Esq.
        D.C. Bar No. 450223
        Dalton, Dalton, & Houston, P.C.
        1008 Pendleton Street
        Alexandria, Virginia 22314-1837
        (703) 739-4300 (O)
        (703) 739-2323 (F)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August, 2006, a copy of the foregoing **PLAINTIFF'S MOTION TO RESCHEDULE STATUS CONFERENCE** was filed electronically with the District Court for the District of Columbia.

        _____/s/_____
        William E. Houston, Esq.