UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL: :
: 
    Plaintiff :
:
       v. :   **CIVIL ACTION NO. 06-1004 (PLF)**
:
CAMILLE HOWE, :
as next friend of the minor child, :
A.H. *et. al.* :
:
    Defendants :

## **ORDER**

Having considered the Consent Motion to Reschedule the Status Conference, it is this ___ day of _____, 2006.

**ORDERED:** The Motion is GRANTED and the status conference shall be reset.

Date:                           _____
                                       Paul L. Friedman
                                       U.S. District Court Judge