**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL: | : | |
| Plaintiff | : | |
| v. | : | **CIVIL ACTION NO. 06-1004 (PLF)** |
| CAMILLE HOWE, as next friend of the minor child, A.H. *et. al.* | : : : : | |
| Defendants | : | |

# RULE 16.3 REPORT

This is an action brought under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1461, appealing a Hearing Officer's Determination issued on May 23, 2006. The hearing officer ordered Options Public Charter School to fund independent speech and language evaluations, a clinical evaluation, an occupational therapy assessment, social history, and vision and hearing screening within the superintendent's cost guidelines. Options seeks reversal of that determination.

Pursuant to Rule 16.3, the parties state their positions as follows:

(1) Case Tracking Category and Resolution by Summary Judgment: Based on information available the parties believe that this case can be decided by dispositive motions.

(2) Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings: The parties do not anticipate the need for joining or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

(3)     Assignment to Magistrate Judge: The parties do not consent to the assignment of this case to a magistrate judge.

(4)     Potential for Settlement: The parties will discuss settlement, but does not believe that a settlement is possible at this time.

(5)     ADR Procedures: The parties are not amenable to ADR at this time.

(6)     Motions for Summary Judgment: The partes believe this case can be decided by dispositive motions and propose the following schedule:

    (1)   The administrative record to be filed by October 20, 2006.

    (2)   Cross-Motions for summary judgment to be filed 45 days after the filing of the administrative record.

    (3)   Oppositions to be filed 30 days after Motions for Summary Judgment are filed;

    (4)   Replies to be filed 15 days after Oppositions are filed;

(7)     Rule 26(a)(1) Disclosure: The parties agree to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8)     The parties do not believe discovery is necessary.

(9)     Rule 26(a)(2): The parties do not believe there will be a need for expert witnesses.

(10)    The instant case is not a class action.

(11)    Bifurcation of Trial or Discovery: The parties do not foresee a need to bifurcate discovery or trial.

(12)    Pre-Trial Conference Date: There is no need for a pretrial conference at this time.

(13) Trial Date: There is no need to set a trial date at this time.

(14) The parties are not aware of any other matters that require inclusion in a scheduling order.

Respectfully submitted,

  /s/  William E. Houston
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)


  /s/ Anna Forbes Towns
Anna Forbes Towns
D.C. Bar No. 431553
313 Hammonton Place
Silver Spring, MD 20904
301-680-9166
202-359-3464