UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
OPTIONS CHARTER PUBLIC SCHOOL,      )
                                    )
       Plaintiff,                   )
                                    )
    v.                              )   Civil Action No. 06-1004 (PLF)
                                    )
CAMILLE HOWE,                       )
as next friend of the minor child,  )
A.H., et al.,                       )
                                    )
       Defendants.                  )
_____)


SCHEDULING ORDER

Based upon the Rule 16.3 Joint Report submitted to the Court, it is hereby ORDERED that

    1.    The administrative record shall be filed on or before October 20, 2006.

    2.    Dispositive motions shall be filed on or before December 4, 2006; oppositions by January 5, 2007; and replies, if any, by January 22, 2007.

    3.    Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

    4.    Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is

encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge. If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

      5.      Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court. See LCvR 7. The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

      SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 7, 2006