IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiff

    v.                              Civil Action No. **1:06-cv-01004** (PLF)

CAMILLE HOWE, *et al.*,

    Defendants

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to *Fed. R. Civ. Procedure 12 (b) (6)* Defendants hereby move to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.

On August 22, 2006 the Court ORDERED the parties to discuss the statutory authority under which a school may seek relief from a Hearing Officer's Decision by bringing an *IDEIA, 20 U.S.C. § 1400, et seq.,* action against a minor child and the parent of the minor child.

                                      Respectfully submitted,

                                      ***/s/ Anna Forbes Towns***
                                      Anna Forbes Towns (431553)
                                      313 Hammonton Place
                                      Silver Spring, Maryland 20904
                                      (301) 680-9175