IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiff

v.                         Civil Action No. **1:06-cv-01004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants

_____

## **ORDER**

Upon consideration of Defendants' Motion for Judgment on the Pleadings, Plaintiff's Opposition thereto, and the record herein, it is hereby

**ORDERED** that Defendants' Motion for Judgment on the Pleadings is **GRANTED**.

Plaintiff's Complaint is dismissed with **PREJUDICE.**

**DATE:** _____

                                                       _____
                                                       Honorable Paul L. Friedman
                                                       United States District Judge