UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL : | |
|     Plaintiff : | |
| v. : | **CIVIL ACTION NO. 06-1004 (PLF)** |
| CAMILLE HOWE, : <br> as next friend of the minor child, : <br> A.H. : <br> and : <br> A.H., individually : | |
|     Defendants : | |

## ORDER

Upon consideration of Defendants' Motion for Judgment on the Pleadings and Plaintiff's opposition, it is hereby

ORDERED: that Defendants' Motion for Judgment , is DENIED.

_____
Paul L. Friedman
United States District Court Judge