**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OPTIONS PUBLIC CHARTER SCHOOL:
                                                          :
    Plaintiff                           :
                                                          :
        v.                :    **CIVIL ACTION NO. 06-1004 (PLF)**
                                                          :
CAMILLE HOWE,                                 :
as next friend of the minor child,          :
A.H.  *et. al.*                                    :
                                                          :
    Defendants                          :

NOTICE OF FILING

Plaintiff hereby submits the administrative record in the above captioned matter.

A courtesy copy will be filed with Judge Friedman and will be mailed to defendant's

counsel.  Also included in this filing is a transcript of the due process hearing.

                         Respectfully submitted,

                             /s/

                         William E. Houston, Esq.
                         D.C. Bar No. 450223
                         Dalton, Dalton, & Houston, P.C.
                         1008 Pendleton Street
                         Alexandria, Virginia 22314
                         (703)-739-4300
                         (703)-739-2323 – facsimile

CERTIFICATE OF SERVICE

I certify that on this 20th day of October 2006, a copy of the foregoing Notice of Filing was mailed first class postage paid to Ms. Anna Forbes Towns at 313 Hammonton Place, Silver Spring, MD 20904.


_____/s/_____
William E. Houston, Esq.