# FACSIMILE TRANSMISSION COVER SHEET

DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

DATE: 28 April 2006

TO: SHARON NEWSOME

AT FAX: 202 442-5556

FROM: WILLIAM HOUSTON

RE: A██████H███ - COMPEL WITNESS NOTICE

NUMBER OF PAGES INCLUDING COVER SHEET: 3

PLEASE RETURN SIGNED ORDERED BY FACSIMILE
THANK YOU

COMMENTS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

Transmission Result Report Memory TX    Apr 28, 2002  11:45AM

Dalton, Dalton & Houston

Date/Time: Apr 28, 2002  11:44PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

---

**FACSIMILE TRANSMISSION COVER SHEET**

DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

DATE: 28 April 2006

TO: SHARON NEWSOME

AT FAX: 202 442-5556

FROM: WILLIAM HOUSTON

RE:

NUMBER OF PAGES INCLUDING COVER SHEET: 3

PLEASE RETURN SIGNED ORDERED BY FACSIMILE
THANK YOU

COMMENTS:

---

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

87

*A Resolution Meeting* (handwritten)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MDT

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MEETING DATE: 3/27/06

MDT REFERRAL DATE: _____

SCHOOL: OPCS

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Paris Adon | | LEA Rep |
| Andre Samuels | | Reg Ed Teacher |
| Reginald Leonard | | Inv. OT Teacher |
| David Crawford, PD | | Clin. psychologist |
| | | Advocate |
| Georgia ___ | | Parent |
| Sharon Thompson | | ___ |
| ___ Howe | | Student |
| Camille Howe | | Mother |

Introductions were made the father declined to receive a copy of the procedural safeguards the mother has accepted a copy and understands her rights as signed by the Receipt dated 3/27/06. The parent states that she does not want Options Athing at meeting. Mr. ___ has left the meeting due to the parent not having legal represent. The parent has concerns that ___ is not receiving the services she is supposed to be receiving. OPCS has to ___ enrolled ___ in after school however she had poor attendance. OPCS will agree to complete an OT evaluation. There was a regular education at the original IEP meeting that ___ has OPCS has shown that it did have a regular ed →

THE PARENT [X] IS PRESENT ☐ IS NOT PRESENT AT THE MEETING _____

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

88

DIVISION OF SPEC

OPCS-5

... of the ███ The school is not in agreement ... self-contained setting with ... full comp ... done. The ... school stance is the ███ ... in a self contained classroom. The mother and ... are in disagreement with the school placing ... in a ... classroom because ... — Furthermore the OPCS has shown that it changed the IEP due to the parents, Ms. Howe, not wanting ███ to a full time setting. The school stance is ... ... The parents are not in agreement ... Howes. At this time the ... student is not ... with what ███ states that she will go to ... we can put her in self contained if she fails to attendance contract. OPCS will continue to follow its ... by sending students home after ... a student cuts ... The parents are still in disagreement with the IEP home. The ... she is the guardian on paper therefore the ███ will ... the ... keep ███ in the part-time special education. The compensation ... can not be determined at this time due to the ... on the testing that needs to be done according to the ... school does not agree with the testing needing to be done ... at that ███ does well in self contained / ... OPCS ... with everything with regards to conducting a ... Clinical Evaluation, Social History, FBA and

89

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT


I, __ X _Camille How___ , received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from ___PADM___ /Title__AP__
(Person Issuing Document)

at ___OPCS___
(School)


___3  27, 06___
(Date)


___X Callie___
Parent/Guardian Signature


(This receipt is to remain in a designated file in the school.)

90

# District of Columbia Public Schools
## STATE EDUCATION AGENCY

### Confidential

A██ H██, Student                    )
                                    )
Date of Birth: ███████              )     Hearing Date:
                                    )
        Petitioner,                 )     Request for Hearing: 13 March 2006
                                    )
                                    )
        v.                          )
                                    )
OPTIONS P.C.S.                      )
        &                           )
District of Columbia Public Schools )
                                    )
        Respondents                 )
                                    )

### ANSWER

Comes now the Options Public Charter School (Options), by and through counsel, and answers the allegations in the 13 March 2006 Due Process Hearing Request.

### Background

The petitioner, in her complaint alleges, *inter alia:*

1. Whether this student was denied FAPE due to the failure of DCPS and /or Options PCS to evaluate the student in all areas of suspected disability prior to making a determination of the appropriate disability code and special education eligibility.

2. Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to provide her with an educational program consistent with her current IEP.

3. Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to convene a legally constituted IEP team meeting to make the eligibility determination, determine the appropriate disability code and to develop an appropriate IEP and educational program for the student.

4. Whether this student was denied FAPE due to Options PCS changing the number of service hours on the IEP without the participation of the parent or IEP Team

5. Whether this student is entitled to an award of compensatory education due to lost services based upon violations regarding the student's IEP, services and/or placement.

Reply                                    91

2

ANSWER – CONTINUED

The respondent, Options Public Charter Schools (Options) deny all allegations against them.

**Whether this student was denied FAPE due to the failure of DCPS and /or Options PCS to evaluate the student in all areas of suspected disability prior to making a determination of the appropriate disability code and special education eligibility.**

Options convened a multi-discipline team meeting on 18 October 2005 to discuss the need for testing ▓▓▓▓ for special education services. The team concluded ▓▓▓ needed a psycho-educational testing. The meeting notes reflect mother attended the meeting but there is nothing in the notes that indicate anyone suspecting ▓▓▓ of any emotional concerns. The mother signed the consent form at the conclusion of the meeting and agreed with recommendation of the team.

The clinical psychologist did perform some clinical assessments in his evaluation and found there were no foundations for further testing. Therefore, not only were there no suspected disabilities mentioned at the MDT meeting, Dr. Cranford found no bases for suspecting any emotional disturbance in his testing.

**Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to provide her with an educational program consistent with her current IEP.**

On 26 January 2006, Options convened a meeting to discuss the evaluations and determine eligibility. The MDT determined ▓▓▓ was eligible as a student with learning disabilities. The team then went on to discuss the individualized education program and the team determined that based on the data, ▓▓▓ needed 24 hours of specialized services. Options then offered to placed ▓▓▓ in their out of general education program. The team agreed with this decision and the father signed the IEP consenting to the IEP.

After the father left, the mother objected to the out of general education placement and the 24 hours of services and convinced the team to reduce the hours to 15 hours. Options has been implementing the IEP the mother agreed to, the IEP with 15.5 hours of services since it was the last agreed upon IEP.

**Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to convene a legally constituted IEP team meeting to make the eligibility determination, determine the appropriate disability code and to develop an appropriate IEP and educational program for the student.**

The IEP team consisted of the parents, teachers, LEA representative and the clinical psychologist who evaluated the child. The MDT meeting lasted for nearly 6.5 hours and therefore the teachers were not present for the entire period but the parents implicitly consented to the teachers coming and going as the school schedule required.

92

3

ANSWER - CONTINUED

Whether this student was denied FAPE due to Options PCS changing the number of service hours on the IEP without the participation of the parent or IEP Team

. . . . . lly, since the father signed the IEP, Options should have included him in the disc. . . . . cing the hours from 24.5 hours to 15.5 hours. However the mother asked no obje. . . . . . proceedings until the father left. Since the child lives with the mother, Options viewed her opinion as important and therefore with several of the members still present, Options agr. . . . . . e the number of hours. The petitioner is playing a coy game here demanding les. . . . . rs and then bringing suit once Options accedes to her demands. If any parent is aggrieved in this matter, it is the father not the mother.

Whether this student is entitled to an award of compensatory education due to lost services based upon violations regarding the student's IEP, services and/or placement.

The student has not lost services. The child has an appropriate IEP and Options is implementing it when the child is available. The student is often truant and the school has issued a truancy notice.

For all the foregoing reasons, Options denies all the allegations and will be asking for a dismissal of the allegations at the hearing.

Respectfully submitted

William E. Houston
Counsel for Options PCS

CERTIFICATE OF SERVICE

I, William Houston, certify that I transmitted a copy of the foregoing Answer to the 13 March 2006 Complaint by facsimile on 20 March 2006 to Ms. Anna Forbes Towns and DCPS General Counsel's Office

Respectfully,

William E. Houston

# ACSIMILE TRANSMISSION COVER SHEET

## DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

20 March 2006

SHARON NEWSOME

202 442-5556

WILLIAM HOUSTON

A████ H██ — ANSWER TO COMPLAINT

4

OF PAGES INCLUDING COVER SHEET: _____

PLEASE PASS TO HEARING OFFICER D. SMITH

MENTS: _____

***********************************************************

COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
LEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
EREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
YING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
ATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

94

# FACSIMILE TRANSMISSION COVER SHEET
## DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

20 March 06

OFFICE OF GENERAL COUNSEL

202-442-5098

WILLIAM HOUSTON

ANSWER TO COMPLAINT

4

OF PAGES INCLUDING COVER SHEET:

PLEASE PASS TO ATTORNEY ASSIGNED CASE

TS:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
LEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
ADER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
REBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
YING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
ATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

95

# FACSIMILE TRANSMISSION COVER SHEET

DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

**DATE:** 20 MAR 06

**TO:** ANNA FORBES TOWNS

**AT FAX:** 202 318-4755

**FROM:** WILLIAM HOUSTON

**RE:** A████ H██ – ANSWER

**NUMBER OF PAGES INCLUDING COVER SHEET:** 4

**COMMENTS:** PLEASE DELIVER ASAP:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Transmission Result Report (Mar.20. 2006  2:55PM)

Dalton, Dalton & Houston

| Date/Time: Mar.20. 2006  2:55PM | | | | Pages Not Sent |
|---|---|---|---|---|
| File No. Mode | Destination | Pg(s) | Result | |
| 0001 Memory TX | Std 1.2-442-5098 | | | |

Reason for error
1) Hang up or line fail        2) Busy
3) No answer                   4) No facsimile connection

---

## FACSIMILE TRANSMISSION COVER SHEET
### DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4360
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

20 March 06

DATE:

TO:          OFFICE OF GENERAL COUNSEL

             202-442-5098

AT FAX:

FROM:        WILLIAM HOUSTON

RE:

NUMBER OF PAGES INCLUDING COVER SHEET:          4

             PLEASE PASS TO ATTORNEY ASSIGNED CASE

COMMENTS:

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THEE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

97

Transmission Result Report (Mar.20. 2006  1:03PM)

Date/Time: Mar.20. 2006  1:03PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0004 Memory TX | 8HO 202-442-5556 | P. 4 | NG |  |

Reason for error
  E.1) Hang up or line fail          E.2) Busy
  E.3) No answer                     E.4) No facsimile connection

## FACSIMILE TRANSMISSION COVER SHEET
### DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 735-6300
Facsimile: (703) 739-2323
E-MAIL DCSPEDLAW@AOL.COM

| | |
|---|---|
| | 20 March 2006 |
| DATE: | |
| TO: | SHARON NEWSOME |
| AT FAX: | 202 442-5556 |
| FROM: | WILLIAM HOUSTON |
| RE: | |
| NUMBER OF PAGES INCLUDING COVER SHEET: | 4 |

PLEASE PASS TO HEARING OFFICER D. SMITH

COMMENTS:

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

Transmission Result Report Memory TX

Date/Time

File   Destination   Fe(s)   Result   Page Not Sent

Net Mode

2028184755

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

## FACSIMILE TRANSMISSION COVER SHEET

**DALTON, DALTON, & HOUSTON, P.C.**
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

20 MAR 06

DATE:

TO: ANNA FORBES TOWNS

AT FAX: 202-318-4755

FROM: WILLIAM HOUSTON

RE:

NUMBER OF PAGES INCLUDING COVER SHEET:     4

PLEASE DELIVER ASAP:

COMMENTS:

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.

99

SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date: 3/20/06

Re: ~~████████~~

Letter of Invitation

... MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is ... forward to your valuable input. The purpose and details of the meeting are printed below. You and the school ... individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited ... under MDT members.

| Please check one date for confirmation: |
|---|
| ☒ Date: 3-22-06    Time: 2pm |
| ☐ Date: _____    Time: _____ |
| ☐ Date: _____    Time: _____ |

... me is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. ... ce may be required if other arrangements prove to be unsuccessful.

... meeting is to:

☐ IEP (including consideration of extended school year (ESY) services
☐ ... or reevaluation information          ☐ discuss placement
☐ ... tial evaluation plan (IEP)              ☐ determine manifestation
☐ ... ated levels of service                  ☐ discuss eligibility
☐ ** discuss Comp Ed
☐ * consider transition services needs
☐ discuss quarterly review
☐ behavior plan review

... to support the completion of services as follows:

☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out

... discussed.

☐ ... rincipal or Designee          ☒ General Education Teacher      ☒ Psychologist
☐ ... Parent                        ☒ Special Education Teacher      ☐ Other: _____
☐ ... LEA Representative            ☐ Speech and Language
☐ ... tudent                        ☐ Social Worker

... ve concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for ... r information. If the school can be of assistance to you, please contact ___M. Colon___ at ___597-1078___ (school telephone number).

... ng includes consideration of a transition plan, your child is invited to attend and a representative of the following ... ., if appropriate

... achments, when appropriate, for ~ EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

... contact the parent, the meeting will be held without further notice.

... n this page is the school.

... nature _____ Date _____

... rocedural Safeguards for parents (due process procedures). ~   ☐ Yes   ☐ No

100

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MEETING DATE: 3/20/06

SCHOOL: OPCS

PARTICIPANTS: (Sign Name)

POSITION

LEA Rep / Spec Educ.
Reg Ed Teacher
Counselor

_[handwritten meeting notes]_

PRESENT ☒ IS NOT PRESENT   AT THE MEETING

THE ASSESSMENTS, IT IS DETERMINED THAT _____

ELIGIBLE FOR SPECIAL EDUCATION

FROM SPECIAL EDUCATION

101

# Fax Cover Sheet

Brown's Educational Consulting
1930 Martin Luther King Jr. Avenue, S.E.
Washington, D.C. 20020
Ph: 202-610-0120
Fax: 202-610-1300

| Send to: **Mr. Paris L. Adon,** Assistant Principal | From: LaTanya G. Higginbotham, Advocate |
|---|---|
| School: Options PCS | Date:    03-20-06 |
| Fax number: 202-547-1272 | |
| Subject ████████ Resolution Meeting confirmation | |

X Urgent    ☐ Reply ASAP    ☐ Please comment    ☐ Please review    ☐ For your information

Total pages, including cover: 1

**Comments:**

Dear Mr. Adon,

I understand that Ms. Camille Howe spoke with you earlier today regarding the subject meeting and her inability to meet today.  We have discussed the proposed dates submitted by you and we would like to confirm the Resolution meeting for Monday, March 27, 2006, at 10AM.

If you have any questions please feel free to contact me at the number above.

Sincerely,
LaTanya G. Higginbotham, Advocate

102

SPECIAL EDUCATION
MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date 3-14-06

MDT Referral Date: _____

Re: _____

Dear Ms. Horn

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Placement Location:

1525 E Street NE
Washington DC 20002

Please check one date for confirmation:

☑ Date 3-30-06   Time 10 AM  or
☐ Date _____   Time _____  or
☐ Date _____   Time _____

If the suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**The purpose of this meeting is to:**

☐ **develop/review IEP (including consideration of extended school year (ESY) services
☐ **review evaluation or reevaluation information
☐ develop the student evaluation plan (SEP)
☐ discuss documented levels of service
☐ **review records to support the completion of services as follows:

☐ Graduated  ☐ Completed Services  ☐ Aged Out  ☐ Transferred Out of District  ☐ Dropped Out
☑ Other: Resolution Meeting

☐ discuss placement
☐ determine manifestation
☐ discuss eligibility

☐ **discuss CompEd
☐ **consider transition services needs
☐ discuss quarterly review
☐ behavior plan review

**Placement will be discussed.

MDT Members:
☒ Principal or Designee   ☒ General Education Teacher   ☒ Psychologist
☒ Parent                  ☒ Special Education Teacher   ☐ Other: _____
☒ LEA Representative      ☐ Speech and Language         _____
☐ Student                 ☐ Social Worker               _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact Mr. Adon at 547-1028 (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

_____
_____

For attachments, when appropriate (i.e. EVALUATION PROCEDURES, TEST RECORDS, IF REPORTS USED

*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____  Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).

103



# OPTIONS PUBLIC CHARTER SCHOOL

March 14, 2006

3200 Buena Terrence SE, Washington DC, 20020

Dear Ms. Howe:

Per our conversation:

Options PCS has scheduled a resolution meeting on 3-20-06 at 1375 E Street NE, WDC, 20002 at 10:00 AM.

Sincerely,

Mr. Paris L. Adon, MSA
Assistant Principal

104

OPCS -11

dule for Ashley Howe

| | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| - 9:45 | Grieser | Grieser | Grieser | Grieser | Grieser |
| | Gorden | Leonard | Leonard | Leonard | Leonard |
| - 10:45 | Science | Language Arts | Language Arts | Language Arts | Language Arts |
| | Nathan | Gorden | Gorden | Nathan | Gorden |
| | Technology | Science | Science | Technology | Science |
| 5 - 11:45 | Tate | Tate | Swinson | Swinson | Leonard |
| | Physical Education | Physical Education | Social Studies | Social Studies | Mathematics |
| 5 - 12:15 | Grieser | Grieser | Grieser | Grieser | Grieser |
| | Study Hall | Study Hall | Study Hall | Study Hall | Study Hall |
| 5 - 12:45 | Grieser | Grieser | Grieser | Grieser | Grieser |
| | Lunch | Lunch | Lunch | Lunch | Lunch |
| 5 - 1:45 | Grieser | Leonard | Leonard | Grieser | Leonard |
| | Language Arts | Mathematics | Mathematics | Language Arts | Mathematics |
| 5 - 2:45 | Swinson | Swinson | Swinson | Gorden | Swinson |
| | Social Studies | Social Studies | Social Studies | Science | Social Studies |
| 5 - 3:15 | Grieser | Grieser | Grieser | Grieser | Grieser |

e will no longer take Music and Spanish

105

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ▓▓▓  First ▓▓▓  MI

Student ID 904/286 D    Soc. Sec. No.    Age: 13    Grade 7

Gender ☐ M ☒ F    Date of Birth ▓▓▓    Ethnic Group African American

Address 3200 BUENA VISTA TERRACE SE
House No.    Street Name    Quadrant    Apartment #

WASH  DC    20020
City    State    Zip Code

☐ Non-attending

Attending School OPCS    Home School

☐ Elem. ☒ Mid/JHS ☐ SHS ☐ CWS /

Parent Ms. Howe + Mr. Bush

Address of (if different from student): ▓▓▓

House No. Street Name ▓587-3212 Quad    Apt. No.    City    State    Zip Code

Telephone: Home 3/244-1963    Work 2/724-1424 - Father's Work  737-2803  391-4737

## II. CURRENT INFORMATION

Date of IEP Meeting: 1-26-2006

Date of Last IEP Meeting: n/a

Date of Most Recent Eligibility Decision: 1-26-2006

Purpose of IEP Conference:

☒ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED.
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Lang |
| Parent | English | English | English | Native Lang |
| Home | English | English | English | Native Lang |

To be completed by Office of Bilingual Education, English and Math Proficiency Assessment

Oral

Rdg./Written N/A

Instrument

Date:

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hrs./Min D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos. | |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 15 | | H | | W | Special Educator | 1-26-2006 | 10 | M |
| Psyc. Counseling | 5 | 5 | H | | W | Social Worker / Mental Health | 1-26-2006 | 10 | M |
| | | | | | | | | | |
| TOTAL | 53 total | | | | | Hours Per Week | | | |

## V. Disability(ies)

Learning Disability

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services

☐ 0-20%    ☐ 21-60%    ☒ 61-100%

Percent of time NOT in a Regular Education Setting 75 %

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Paris Adon

Gregory L Bush
PH (psych)
David Cleveland, PhD

Gregory Bush ▓▓▓

▓▓▓ AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this ▓▓▓ and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights ▓▓▓ pertaining to special education.
Parent/Guardian Signature ▓▓▓    Date 26/Jan 2006

Appendix  A    IEP Page 1 of 4

Managing School: CPCS
Attending School: CPCS

DCPS - IEP
Page 2 of 4

...tional Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

Score(s) When Available

...aluator) Special Education Teacher

Math Cal. 1.8

...act single double digit numbers

Math Rea. 2.8

See goal page:

...l educational performance in general education curriculum:

Date: 11-14-2005

...ability to perform grade level task

Rdg. Com 3.5

Rdg. Basic 5.0

...e words on the 5th grade level

Written Ex. 3.1

See goal page:

...on educational performance in general education curriculum:

Date: 11-14-2005

...n ability to perform grade level task

Score(s) When Available

...eech & Language (Evaluator)

Exp. Lang.

Rec. Lang.

Artic.

Voice

Fluency

Impact of ...ility on educational performance in general education curriculum:

Exp. Voc.

Rec. Voc.

See goal page:

Date:

Motor/He...
Strengths:

...luator)

Score(s) /Results
When Available

Impact ...y on educational performance in general education curriculum:

See goal page:

Date:

Social E...
Strength:

...l Behavioral Areas: (Evaluator) Psychologist

Score(s) When Available

Perso... communicative, relates well with adults

Impact o... lity on educational performance in general education curriculum:

See goal page:

Date:

S...
an...

Exhibits behaviors that require specialized instruction
a general ed. setting

Score(s) When Available

Cognit...
Strengt:

...e Behavior: (Evaluator) PSYCHOLOGIST

VCI    71    SS
PRI    90    SS
FSIQ    79    SS

No...

...l ability

Impact...
Sho...

...on educational performance in general education curriculum:

...s learn problems that require specialized instruction
a general education setting

See goal page:

Date: 11-24-05

Score(s) When Available

Prevo...
Strength:

...ls. (Evaluator)

Impac...

...on educational performance in general education curriculum:

See goal page:

Date:

P Page 2 of 4

Managing School: ~~Hamilton PTC~~

Attending School: _____

DCPS - IEP
Page 3 of 4

Student Name: ~~_____~~

Student ID Number: 904-D800          DOB: ~~_____~~

Goal Number: _____

| VIII. SPECIALIZED SERVICES |

Additional Comments: _____

Area addressed by goal: __Social/Emotional__

ANNUAL GOAL: (including mastery criteria.)

Ashley will improve her self-concept as demonstrated by the mastery of the following objectives 80% of the time.

Provider: __Social Worker/Psychologist/Mental Health Provider__ _____

Consider audience, behavior, condition, degree and evaluation

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1) Ashley will be able to identify positive traits in self & others 3 out of 5 presented trials. | | Quarterly |
| 2) Ashley will be able to express feelings to her therapist during weekly sessions 3 out of 5 presented trials. | | Quarterly |
| 3) Ashley will be able to list personal strengths and weaknesses to therapist 3 out of 5 presented trials. | | Quarterly |
| | | |
| | | |
| | | |
| | | |

| EVALUATION PROCEDURE(S) | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log X | Chart | Test | Documented Observation X | Report X | Other _____ |

District of Columbia Public Schools          07-02-2001          Division of Special E          108 .          IEP Page 3 of 4

| | | DCPS - IEP |
| --- | --- | --- |
| Student Name | Managing School CS | Page 3 of 4 |
| Student ID Number | DOB    Attending School DPCS | |

Goal Number: _____

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ |

Area addressed by goal: _Academic_

**ANNUAL GOAL:** (including mastery criteria.)

Student will show improvement in Mathematics by accomplishing the following short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
| --- | --- | --- |
| - will add two digits numbers with regrouping | | quarterly |
| - will subtract two and three digit numbers with regrouping | | quarterly |
| - will multiply two digit numbers without regrouping | | quarterly |
| - will solve two step word problems that include addition, subtraction and multiplication | | quarterly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☒ Other Teacher Test

Division of Special Edu.

Student Name: _____
Student ID Number: _____     DOB _____

Managing School: DCPS
Attending School: DCPS

DCPS - IEP
Page 3 of 4

Goal Number: _____

## VIII. SPECIALIZED SERVICES     Additional Comments: ☐

Area addressed by goal: Academic _____

ANNUAL GOAL: (including mastery criteria.)

Student will show improvement in Reading by accomplishing the following short term objectives with 80% accuracy.

Provider(s): Special Education Teacher _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| - will create a graphic organizer to organize ideas before and after reading | | quarterly |
| - will read a given list of words on grade level | | quarterly |
| - will read a 5th grade word list and be able to use words in sentences | | quarterly |
| - given a passage student will be able to identify main characters, plot, theme, and setting | | quarterly |
| | | |
| | | |

### EVALUATION PROCEDURE(S)

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☐ Documented Observation   ☐ Report   ☒ Other Teacher Test

| Student Name | ████████ | | Managing School | OPCS | DCPS - IEP |
| Student ID Number | | DOB | Attending School | OPCS | Page 3 of 4 |

Goal Number: _____

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ |

Area addressed by goal: __Academic__

ANNUAL GOAL: (including mastery criteria.)

Student will show improvement in written expression by accomplishing the following short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| - will create a graphic organizer to organize ideas before and after writing | | quarterly |
| - will utilize prewriting skills before writing assignments | | quarterly |
| will write sentences given a word bank with no more than twenty words | | quarterly |
| - will write a paragraph with no more than three gramatical errors | | quarterly |
| | | |
| | | |

| EVALUATION PROCEDURE(S) |
|---|
| ☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☒ Other _Teacher Test_ |

| | Managing School: OPCS | DOPS - IEP |
| DOS | Attending School: OPCS | Page 4 of 4 |

..al Comments: ☐

...E ENVIRONMENT (LRE) DETERMINATION
ES

...n accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☑ No

...n regular education classroom.

...us academic interventions that can not be met in the general education classroom. Student requires a
...on to meet her academic needs.

...and Services

| | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | (by discipline) | (mm/dd/yyyy) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

...ations and/or accommodations for testing:  ☐ None needed
Timing/Scheduling: Extended Time, Best time of day for student
...otting: Small group setting, frequent breaks as needed
Presentation: Repeated directions
Response: Extra Response time
Equipment:

...RICT ASSESSMENTS:
...in non-disabled peers under standard     ☐ Level II   (Describe accommodations for level II)
...ithout accommodations.                                Tested under standard conditions with special
                                                         accommodations.
...in non-uniform conditions for level III)  ☐ Level IV  (Describe the alternative assessment)
...nder non-standard conditions with permissible
...odations.

...ring Specialized Instruction and Related Services:           Modifications:
           ☐ Physical/Sensory        ☐ Transition            ☐ Language Arts/English
           ☐ Social Emotional        ☐ Vocational            ☐ Social Sciences
           ☑ Physical Development     ☐ Independent Living    ☐ Biological & Physical Sciences
                                     ☐ Speech/Language        ☐ Fine Arts

...dy annual goal(s), objectives and/or modifications to address barriers in each area checked above.

...SIDERATIONS AND JUSTIFICATION

| ...SIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| ...ting | Reject - will not meet need | school failure |
| ...cation Setting | Reject - will not meet need | school failure |
| ...tion | Accept - will meet need | self esteem |
| | | |

...mmodation(s) to address the harmful effects:

...OPCS

112

IEP Page 4 of 4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
**(IEP)**
MEETING NOTES

STUDENT ████████     SCHOOL _D.C.S._     DATE _1-26-04_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| _Cari B Alan_ | | _Assistant Prin Spec Ed_ |
| _(David) Crawford, PH_ | _D._ _(PhD)_ | _LEA/LRE, psychologist_ |
| _Rleonard,_ | | _Spec Ed. Teacher_ |
| _G.L. Dusa_ | | _Father_ |

---

The multidisciplinary team (MDT) determined that the student is eligible for special education services as a student with _LEARNING DISABILITY._

Based on the disability and evaluation data, the student will require _24_ hours of specialized instruction. The student will also require _12_ hours of psychosocial counseling to address social and emotional needs. _Specialized instruction will be provided for MATH, READING, AND WRITTEN EXPRESSION._

The services will be provided in the following setting: _OUT OF GENERAL EDUCATION_

The MDT determined the student's level of standardized assessment to be: _III_

The student will require the following accommodations and modifications in the classroom: _Extended time, small group, repeated directions as needed_
Placement: _OUT OF GEN ED. OPTIONS PUBLIC CHARTER SCHOOL_

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT | MEETING DATE 1/12/05

MDT REFERRAL DATE _____

SCHOOL: OPCS

PARTICIPANTS: (Print Name)

DAVID CRAWFORD, PhD

Chris ADON

Maud Dion

Gregory L. Bush

Camille Howe

PARTICIPANTS: (Sign Name)

Gregory L Bush

POSITION

Ca. Psychologist

Assistant Prin

Maw Teacher

Father

A test review meeting was held for ▮▮▮▮. The parents were given a procedural safeguard and to understand their rights. Dr. Crawford has reviewed the evaluation with the parents. The evaluation shows that ▮▮▮▮ is in need of a special education setting. The team concludes that ▮▮▮▮ is LD and will be changed over to a self contained classroom. Also, Dr. Crawford is recommending counseling at ½ hour a week. The team will re-meet on the 26th at 1pm to place ▮▮▮▮

THE PARENT ☒ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☒ is CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

to complete the IEP process.

114

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Camille Howe_ _____ received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from ___P. ADoYU___ /Title ___AP___
(Person Issuing Document)

at ___Options Public Charter School___.
(School)

___1 , 12 , 05___.
(Date)

_____
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

18



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INITIAL PLACEMENT

Student ████████ ██  DOB _____ Age ___ Meeting Date 1/12/05

Address _____  Telephone (W) _____ (H) _____

Dear Parent:

You have been provided a copy of the "Procedural Safeguards – Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

✓ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services at _____ school, for:

___ 0% - 20%,          ___21% - 60%,  or          X 61% - 100%,

### Parent Response Section:

I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

x _Gregory L Bush_          x 26 Jan 2006
Parent/Guardian Signature          Date

116

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Gregory L Bush_ received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from _PADA_ /Title _AP_
(Person Issuing Document)

at _DPCS_
(School)

_Jan 12, 2006_
(Date)

_Gregory L Bush_
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school

117

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MEETING DATE: _12/14/05_

MDT

SCHOOL: _OPCS_

PARTICIPANTS: (Sign Name)                POSITION

_____                _Assist. Prin/Spec.Ed_

D. CWD _____, PhD    _LIC PSYCHOLOGIST_

_...s to wait for parent in January_
_...en not start service until parent_
_consent forms / clinical forms for_
_l service. Meeting scheduled in..._

_...Parent rescheduled for January_

_..._ IS NOT PRESENT AT THE MEETING

_..._ ASSESSMENTS, IT IS DETERMINED THAT _____

_...LIGIBLE FOR SPECIAL EDUCATION_

_...ROM SPECIAL EDUCATION_

118



# NS PUBLIC CHARTER SCHOOL

## ONFIDENTIAL PSYCHOEDUCATIONAL EVALUATION

▰▰▰
rs, 2 months
d: 8-15-92

DOE: 10-27, 11-3, and 11-14-05
DCPS ID:  Unknown
Location: Options Public Charter
Evaluator:  David Cranford, Ph.D.
Licensed Psychologist

**···s Administered:**
··d Available Records
··Observation
··ical Interview
···ntelligence Scale for Children-Third Edition (WISC-IV)
···ndividual Achievement Test – Second Edition (WIAT-II)
···Buktenica Developmental Test of Visual-Motor Integration (VMI)
···ating Scales – Revised: Short Version (CRS-RS)

**··· for Referral and Background Information:** Options Public Charter School ▰▰ for an initial psychoeducational evaluation to assess her current cognitive ···d academic functioning. According to school meeting notes, the student was ··· a co-teaching setting and "has not made any progress." ▰▰ is a 13-year, 2-···, African-American, 7th grade, female.  She does not receive special education

**···inical Interview:** According to the teacher, Ms. Haisley-Grieser, ▰▰ ···tes significant difficulties in all academic areas.  Math and social studies were ···us areas of relative weakness.  The student reported enjoyment from reading ··· attempts to complete language arts assignments.  However, she is unable to ···mprehend read material.  According to Ms. Haisley-Grieser, ▰▰ is "easily ···y academic tasks.  Further, she does not complete homework and has missed ··· She obtained Ds and Fs in all academic subjects with the exception of ···where she received a C ▰▰ reported participation in an after-school math ···g program, beginning in September 2005.

▰▰ ···racterized school as "boring."  At those times, she often disrupts the classroom ···t.  She spends a large amount of time in the hallway and has received several ···nd 1 out-of-school suspensions. At her prior school ▰▰ reported about 10 ···nsions, mostly for fighting.  The student acknowledged 9 absences and 20 ···f tardiness during the current school year.

119

███████ did not report mood related symptoms. She characterized her mood as generally positive but experiences occasional boredom. She identified several friends and did not appear to have difficulty developing and maintaining peer relationships. She reported positive relationships with caregivers, particularly her father.

**Behavioral Observations:** ███████ presented with generally bright affect with an apparent euthymic, underlying mood. Her voice volume, rate of speech, and articulation were within normal limits. Her verbal content was suitable, and she easily conversed with the examiner. During the interview, she provided open responses to open ended questions and gave additional detail when asked. No sensory impairments were observed or reported.

Once testing began, ███████ cooperated fully and put forth effort sufficient for test demands. When faced with difficult non-verbal items, she sometimes responded impulsively rather than taking her time. On tasks requiring calculation ███████ stated, "I hate math." Further, she utilized fingers for counting and calculation. Her performance on fluid reasoning, non-verbal tasks was a relative strength. Overall, ███████ exhibited a level of attention and concentration sufficient for test demands. Based on her behavioral approach, the results of the evaluation are considered to be a valid and reliable assessment of the student's cognitive and academic functioning.

## Test Results and Interpretation:

### Intellectual Assessment:

<u>Wechsler Intelligence Scale for Children-Fourth Edition (WISC-IV)</u>. The WISC–IV is used to assess the general thinking and reasoning skills of children aged 6 years to 16 years. This test has five main scores: Verbal Comprehension score, Perceptual Reasoning score, Working Memory score, Processing Speed score, and Full Scale score.

The *Verbal Comprehension* score indicates how well ███████ did on tasks that required her to listen to questions and give spoken answers to them. These tasks evaluate her skills in understanding verbal information, thinking and reasoning with words, and expressing thoughts as words. The *Perceptual Reasoning* score indicates how well ███████ did on tasks that required her to examine and think about things such as designs and pictures, and to solve problems without using words. These tasks evaluate her skills in solving nonverbal problems, sometimes using eye-hand coordination, and working quickly and efficiently with visual information. The *Working Memory* score indicates how well ███████ did on tasks requiring her to learn and retain information in memory while utilizing the learned information to complete a task. These tasks measure her skills in attention, concentration, and mental reasoning. This skill is closely related to learning and achievement. The *Processing Speed* score indicates how well ███████ did on tasks requiring her to quickly scan symbols and make judgments about them. These tasks measure her skills in speed of mental problem-solving, attention, and eye-hand coordination. This skill may be important to her development in reading, and ability to think quickly in general. The *Full Scale* score is derived from the combination of the Verbal Comprehension, Perceptual Reasoning, Working Memory, and Processing Speed

scores. The WISC–IV Full Scale score is one way to view ████'s overall thinking and reasoning skills.

████'s unique set of thinking and reasoning abilities make her overall intellectual functioning difficult to summarize by a single score on the Wechsler Intelligence Scale for Children - Fourth Edition (WISC–IV). Her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. Processing complex visual information by forming spatial images of part-whole relationships and/or by manipulating the parts to solve novel problems without using words is a strength. Making sense of complex verbal information and using verbal abilities to solve novel problems are a weakness for ████.

## Composite Scores Summary

| Scale | Composite Score | Percentile Rank | 95% Confidence Interval | Qualitative Description |
|---|---|---|---|---|
| Verbal Comprehension (VCI) | 71 | 3 | 66-80 | Borderline |
| Perceptual Reasoning (PRI) | 90 | 25 | 83-98 | Average |
| Working Memory (WMI) | 71 | 3 | 66-81 | Borderline |
| Processing Speed (PSI) | 85 | 16 | 78-96 | Low Average |
| Full Scale (FSIQ) | 74 | 4 | 70-80 | Borderline |

████'s verbal reasoning abilities as measured by the Verbal Comprehension Index are in the Borderline range and above those of only 3% of her peers (VCI = 71; 95% confidence interval = 66-80). The Verbal Comprehension Index is designed to measure verbal reasoning and concept formation. ████ performed comparably on the verbal subtests contributing to the VCI, suggesting that these verbal cognitive abilities are similarly developed. Ashley performed much better on abstract categorical reasoning and concept formation tasks that did not require verbal expression (Picture Concepts = 12) than on abstract categorical reasoning and concept formation tasks that required verbal expression (Similarities = 5).

████'s nonverbal reasoning abilities as measured by the Perceptual Reasoning Index are in the Average range and above those of approximately 25% of her peers (PRI = 90; 95% confidence interval = 83-98). The Perceptual Reasoning Index is designed to measure fluid reasoning in the perceptual domain with tasks that assess nonverbal concept formation, visual perception and organization, simultaneous processing, visual-motor coordination, learning, and the ability to separate figure and ground in visual stimuli. ████'s performance on the perceptual reasoning subtests contributing to the PRI is somewhat variable, although the magnitude of this difference in performance is not unusual among children her age. Examination of ████ performance on individual subtests provides additional information regarding her specific nonverbal abilities.

████ ability to sustain attention, concentrate, and exert mental control is in the Borderline range. She performed better than approximately 3% of her age-mates in this area (Working Memory Index = 71; 95% confidence interval 66-81).

Howe, Ashley    4

█████ performed much better on the Digit Span subtest (Scaled Score = 9) than on the Letter–Number Sequencing subtest (Scaled Score = 1). A direct assessment of A█████ short-term auditory memory, performance on the Letter–Number Sequencing subtest requires attention, concentration, and mental control and can be influenced by the ability to correctly sequence information. Mental control is the ability to attend to and hold information in short-term memory while performing some operation or manipulation with it and then to correctly produce the transformed information. █████ difficulty in recalling long spans of digits backward is evidence of weak mental control. This weakness may impede the processing of complex information for her and slow new learning. Solving mathematical problems without pencil and paper also requires mental control.

█████s ability in processing simple or routine visual material without making errors is in the Low Average range when compared to her peers. She performed better than approximately 16% of her peers on the processing speed tasks (Processing Speed Index = 85; 95% confidence interval 78-96).

**Verbal Comprehension Subtest Score Summary** (Total Raw Score to Scaled Score Conversions)

| Subtest | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Similarities | 12 | 5 | 5 |
| Vocabulary | 28 | 5 | 5 |
| Comprehension | 18 | 5 | 5 |

**Perceptual Reasoning Subtest Score Summary** (Total Raw Score to Scaled Score Conversions)

| Subtests | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Block Design | 26 | 6 | 9 |
| Picture Concepts | 21 | 12 | 75 |
| Matrix Reasoning | 20 | 7 | 16 |

**Working Memory Subtest Score Summary** (Total Raw Score to Scaled Score Conversions)

| Subtests | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Digit Span | 16 | 9 | 37 |
| Letter-Number Sequencing | 6 | 1 | 0.1 |

**Processing Speed Subtest Scores Summary** (Total Raw Score to Scaled Score Conversions)

| Subtests | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Coding (CD) | 52 | 8 | 25 |
| Symbol Search (SS) | 22 | 7 | 16 |

*Personal Strengths and Weakness*

Howe, Ashley    5

▇▇▇▇ rformance was significantly better on the Picture Concepts subtest than her ▇▇▇▇ score.  On the Picture Concepts subtest, ▇▇▇▇ was presented with two or ▇▇▇▇ of easily identifiable pictures and asked to choose one picture from each row to ▇▇▇ group with a common characteristic. This subtest is designed to measure fluid re▇▇▇▇ and abstract categorical reasoning ability. The task invokes verbal concepts, but ▇▇▇▇ require verbal responses (Picture Concepts scaled score = 10).

Achievement Assessment:

    Wechsler Individual Achievement Test – Second Edition (WIAT-II).  The WIAT-II was administered in order to assess academic achievement compared to other children the student's age.  The standard scores for the composites and subtests are presented below (average score = 100, standard deviation = 15):

### Summary of WIAT-II Subtest Scores

| SUBTESTS* | RAW | STD | 95% INTERVAL | PR | NCE | S9 | AGE EQU | GRADE EQU |
|---|---|---|---|---|---|---|---|---|
| Word Reading | 102 | 84 | 78- 90 | 14 | 28 | 3 | 10:4 | 5:0 |
| Reading Comprehension | 115** | 74 | 68- 80 | 4 | 13 | 2 | 9:0 | 3:8 |
| Pseudoword Decoding | 52 | 88 | 83- 93 | 21 | 33 | 3 | 9:4 | 3:1 |
| Numerical Operations | 12 | 49 | 41- 57 | <0.1 | <1 | 1 | 7:4 | 1:8 |
| Math Reasoning | 30 | 58 | 51- 65 | 0.3 | <1 | 1 | 8:0 | 2:8 |
| Spelling | 27 | 80 | 73- 87 | 9 | 22 | 2 | 9:4 | 3:8 |
| Written Expression | 15 | 77 | 66- 88 | 6 | 18 | 2 | <12:0 | 3:1 |
| Listening Comprehension | 26 | 88 | 77- 99 | 21 | 33 | 3 | 10:4 | 4:8 |

* WIAT-II age-based normative information was used in the calculation of subtest and composite scores.
** Represents Reading Comprehension weighted raw score.

### Summary of WIAT-II Composite and Total Scores

| COMPOSITES* | RAW | STD | 95% INTERVAL | PR | NCE | S9 |
|---|---|---|---|---|---|---|
| Reading | 246 | 80 | 76- 84 | 9 | 22 | 2 |
| Mathematics | 107 | 45 | 40- 50 | <0.1 | <1 | 1 |
| Written Language | 157 | 77 | 70- 84 | 6 | 18 | 2 |

* WIAT-II age-based normative information was used in the calculation of subtest and composite scores

    Reading.  ▇▇▇ presents a diverse set of skills on different aspects of reading. She performed much better on tasks that assessed her capability to correctly apply phonetic decoding rules when reading a series of nonsense words (Pseudoword Decoding standard score = 88) and correctly read a series of printed words (Word Reading standard score = 84) than on tasks that required her to read sentences and paragraphs and answer questions about what was read (Reading Comprehension standard score = 74).  A strength in decoding words and reading words in isolation relative to comprehending words in text may indicate that ▇▇▇ is not actively reading for meaning.  She may not be utilizing context clues to facilitate her understanding of text.  Given the disparity in

123

formance, the Reading Composite standard score (80) may not be the most
____nner in which to summarize her reading skills.

_____hematics.  In overall mathematics skills Ashley performed in the Extremely
_____  as indicated by her Mathematics Composite standard score (45).  Her skills
_____ exceed that of only approximately ____% of students her age. ▉▉▉▉▉
_____ on tasks that required her to add, subtract, multiple, and divide one- to three-
_____bers (Numerical Operations standard score   = 49) is comparable to her
_____re on tasks that requires her to understand number, consumer math concepts,
_____     measurement, basic graphs, and solve one-step word problems (Math
_____ standard score = 58).

_____ral Language.  ▉▉▉▉ performed in the Low Average range on tasks that
_____ ___ to identify the picture that best represents an orally presented descriptor or
_____ a word that matches the picture as indicated by her Listening Comprehension
_____ score (88).  Her skills in this area exceed that of only approximately 21% of
_____ her age.

Written Language.  In overall written language skills, ▉▉▉▉y performed in the
_____ range, as indicated by her Written Language Composite standard score (77).
_____evement in this area is better than of only approximately 6% of students her age.
_____ performance on tasks that required her to generate words within a category,
_____ sentences to describe visual cues, combine sentences, and compose an
_____ persuasive essay on a named topic (Written Expression standard score = 77) is
_____ ____le to her performance on tasks that required her to correctly spell verbally
_____ words (Spelling standard score = 80).

_____Achievement Discrepancy Analysis Predicted Method: ▉▉▉▉ scores on the
_____ were compared to the levels of achievement predicted for a student with her
_____ cognitive ability, as indicated by her Perceptual Reasoning score of 90 on the
_____ / administered 10/27/2005.  Significant differences between actual and predicted
_____ ____ent scores are reported in this section.

_____ ____plays difficulty with achievement in reading.  She scored much lower on the
_____ ____omposite (actual score = 80) than expected for a teenager with her general
_____ ability (predicted score = 94).  The difference between her actual and predicted
_____ ____gnificant.  Thus, this is an area in which ▉▉▉▉ may benefit from assistance in
_____ ____ further develop her skills.  Reading Comprehension is a particular area of
_____ ___for ▉▉▉▉  Specifically, there is a noteworthy difference between her Reading
____hension subtest score (74) and the level of achievement anticipated for a student
_____ ___ognitive ability (predicted score = 94).  This significant and highly unusual
_____ ___ indicates a specific weakness on tasks that required her to read sentences and
_____ __s and answer questions about what was read.

Howe, Ashley

████ displays difficulty with achievement in mathematics. She scored much lower on the Mathematics Composite (actual score = 45) than expected for a teenager with her general cognitive ability (predicted score = 95). The difference between her actual and predicted scores is significant and highly unusual. Thus, this is an area in which ████ may benefit from assistance in helping her further develop her skills. Both Numerical Operations (actual standard score = 49) and Math Reasoning (actual standard score = 50) are areas of difficulty for ████. The difference between ████ actual and predicted scores on the Numerical Operations subtest (45 points) is both significant and highly unusual, and indicates a specific weakness in tasks that required her to add, subtract, multiple, and divide one- to three-digit numbers. For the Math Reasoning subtests, the discrepancy between her actual and predicted scores(35 points) is also significant, suggesting a specific weakness in tasks that required ████ to understand number, consumer math concepts, geometric measurement, basic graphs, and solve one-step word problems.

████ displays difficulty with achievement in written language skills. She scored much lower on the Written Language Composite (actual score = 77) than expected for a teenager with her general cognitive ability (predicted score = 94). The difference between her actual and predicted scores is significant and highly unusual. Thus, this is an area in which ████ may benefit from assistance in helping her further develop her skills. Both Written Expression (actual standard score = 77) and Spelling (actual standard score = 80) are areas of difficulty for ████. The difference between ████ actual and predicted scores on the Written Expression subtest (17 points) is both significant and highly unusual, and indicates a specific weakness in tasks that required her to generate words within a category, generate sentences to describe visual cues, combine sentences, and compose an organized, persuasive essay on a named topic. For the Spelling subtests, the discrepancy between her actual and predicted scores (14 points) is also significant, suggesting a specific weakness in tasks that required ████ to correctly spell verbally presented words.

**Visual-Motor Assessment:**

Beery-Buktenica Development Test of Visual-Motor Integration (VMI). The VMI is a brief test used to examine visual-motor integration, the coordination of visual and motor functioning, and to reflect developmental age differences in that arena. The examinee's task is to copy geometric forms arranged in increasing order of difficulty. ████ obtained a standard score of 86 (18th percentile) placing her functioning in the low average range compared to her peers. ████ was able to successfully replicate drawings equivalent to peers age 9 years and 6 months. Her designs suggested difficulty with integration and impulsivity.

**Behavior Assessment:**

Conners' Rating Scales – Revised: Short Version (CRS-RS). The Conners' Rating Scale is used for assessment of Attention-Deficit/Hyperactivity Disorder (ADHD) and related problem behaviors in children and adolescents, such as conduct problems, cognitive problems, anxiety problems, and social problems in children from ages 3 to 17.

135

Howe, Ashley    8

s classroom teacher, Ms. Haisley-Grieser, completed the CRS-RS. The scores from the assessment are presented below. A score above 65 indicates a significant problem.

| SCALE | CRS-R |
|-------|-------|
| Oppositional | 74* |
| Cognitive Problems | >90* |
| Hyperactivity | >90* |
| Conners' ADHD Index | |

* = T > 65

Based on teacher data, appears to exhibit severe symptoms often associated with ADHD, such as inattention and hyperactivity. For example, items related to distractibility, restlessness, squirminess, and impulsivity were endorsed. Further, oppositional behavior and problems with thinking were also reported.

**Summary and Recommendations:** A H is a 13-year-old African-American female who was referred for a psychoeducational evaluation of current cognitive and academic functioning. The referral was made after observing a lack of academic progress and response to changes in classrooms. The student never has received special education services. cooperated fully with the evaluation process; thus, the results are considered a valid assessment of her current functioning.

completed the cognitive and academic assessment. Her overall cognitive ability, as evaluated by the WISC-IV, cannot easily be summarized because her nonverbal reasoning abilities are much better developed than her verbal reasoning abilities. reasoning abilities on verbal tasks are generally in the Borderline range (VCI = 71), while her nonverbal reasoning abilities are significantly higher and in the Average range (PRI = 90).

Evaluation data revealed the presence of multiple learning disorders. All of broad academic skills are significantly below her measured potential. Her reading and writing skills are in the borderline to low average range. Math skills are in the extremely low range. demonstrated relatively weak skills in Math Reasoning, Numerical Operations, Reading Comprehension, Spelling, and Written Expression on the WIAT-II.

exhibits multiple behaviors often characteristic of Attention-Deficit/Hyperactivity Disorder and Oppositional Defiant Disorder. However, the observed behaviors could be a consequence of severe learning difficulties rather than a disruptive behavior disorder. Thus, intensive special education services are needed to improve academic functioning. It is expected that behavior problems will be curtailed once services are in place. To benefit, she enjoys reading materials of self-interest and has positive relationships with peers.

126

 9

Based on the current evaluation, the following recommendations are suggested:

1. ███ exhibits behaviors and characteristics consistent with the disability of Learning Disabled. Thus, a school based team should meet to determine her eligibility, placement, and level of services.

2. ███ will require intensive specialized instruction in a setting with small student to staff ratio. Areas of focus will include all academic areas, primarily math and written language.

3. ███ would benefit from individual psychological counseling services to address low self concept regarding academic weaknesses. Further, ██ will need to learn distress tolerance skills to manage responses to academic frustration.

David Cranford, Ph.D.
DC Licensed Clinical Psychologist

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MEETING DATE: 10/18/05

MDT REFERRAL DATE:

STUDENT: ▮▮▮▮▮   SCHOOL: 8 PCS

Paris Ador
Camille Penn
Iva/l Jeanne
Ms. Grier

Camille Powe
available by phone

Assistant Principal
mother
Clement Hoyt

The team met and agreed that ▮▮▮▮▮ needs a psyco-educational evaluation ▮▮▮▮▮ has started attending after-care for tutoring. After the general education teachers Rone discussed her progress, met and reviewed her assignm she was also placed in co-teaching and student

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

[ ] CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

[ ] IS TO BE EXITED FROM SPECIAL EDUCATION

✓ will be tested for special education

has not made any progress
The team agrees that ▮▮▮▮▮ needs a psyco-

Special Education
Evaluation

WASHINGTON, D.C.

CONSENT FOR EVALUATION-INITIAL OR REEVALUATION
(CHECK ONE ONLY - INITIAL OR REEVALUATION)

I.   INITIAL EVALUATION CONSENT ☒                                    10/18/05

As a result of the review of the screening information at the MDT meeting on _____, it was determined in a MDT meeting that your child _____ is in need of a full and individual evaluation to assist us in developing the most appropriate educational program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We would like to remind you at this time that:

   • granting consent for this evaluation is a voluntary action on your part;
   • this consent may be revoked at any time although the school district may be required to take necessary action to provide an appropriate program and may be required to initiate due process procedures to obtain consent; and
   • by granting consent in writing, you are agreeing to the evaluation(s) in Section III.

II.   REEVALUATION ☐

The MDT received the following request for a reevaluation for _____
by Not a    ☐ parent request;        ☐ teacher request        ☐ 3 year reevaluation
The MDT will collect supportive documentation in the area of the disability to determine the need for continued special education and related services. The school is required to only evaluate in those areas of documented need or consensus of the MDT (parent is a member of team). Parents have the right to request assessments to determine if the child continues to be a child with a disability. DCPS may reevaluate your child, without your consent, if the school district can demonstrate that it has taken reasonable steps to get parental consent and the parent has not responded:

   • granting consent for this evaluation is a voluntary action on your part;
   • this consent may be revoked at any time although the school district is required to take all necessary action to provide a Free Appropriate Public Education program and may be required to initiate due process procedures to obtain consent; and
   • by granting consent in writing, you are agreeing to the evaluation(s) on the student evaluation plan (SEP).

III.   I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the Student Evaluation Plan (attached ) for my child. _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which you will be invited) to determine if your child is eligible for special education and related services. The written reports of all procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use this information to determine an appropriate program for your child. If records are to be obtained/released as part of this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me at _____ (telephone number).

☑ INITIAL EVALUATION                        ☐ REEVALUATION

Parent Response Section

☑ I agree to the proposed evaluation(s)        ☐ I do NOT agree to the proposed evaluation(s)

X _____                    X _____ 10/18/05
Parent/Guardian Signature                        Date

SIT REFERRAL FORM (SCHOOL INSTRUCTIONAL TEAM)

te: _10/3/05_

_10/18/05_

D___ ___AGE: _13_ __

ber: _9126930_

OMEROOM: _Mrs. Grieser_

GUARDIAN: _Camille Howe_

CONCERN(S):(EXPLAIN THE AREA(S) OF DIFFICULTY RELATED TO SCHOOL
USING THIS FORM.)

_understand concepts that the heads, easily
sted, dosent into those task, move & social skills
easy, makes some attempts in languages to see
d form for proper skills and follows directly
retake all subjects_

YES /(NO)

.. I.

RAL TO SIT: DATE _____

REFERRAL TO MDT: DATE _____

NECCESSARY STAFF OF CONCERNS: DATES: _____
OLLECTION OF SCREENING DOCUMENTS IN ALL AREAS ON OR BEFORE:

MMITTEE WITH THE FOLLOWING ITEMS:
M ASSIGNMENTS
K ASSIGNMENTS
ND TEST
NT OBSERVATIONS
L NOTES
NT CONTACT

NE PARENT WITH CONCERNS
MDT REFERRAL MEETING WITH PARENT

THE REFERRAL: _____
_____
_____
_____
_____

_Connie Haisley Friese_
_Haisley-Grieser_
_g. Arts Teacher_
5

130

*Progress Report*

Page: 1

F

Grade Average: 49.1

5/29/05 @ 9:30AM)

...05   Subject Lang. Arts

Grades 05/29/05-06/15/05

...ESER

| Weight: 25.0 % ( 20.0 %) | | | | Average: 0.0 | |
|---|---|---|---|---|---|
| Date | Grade | | Date | Grade | | Date | Grade |
| 8/29/05 ? | New Assignment | 05/30/05 A 100.0 | warm up | 09/02/05 F 0.0 |
| 09/15/05 ? | vocab Thank You | 09/21/05 ? | warm up sequencing | 09/22/05 B 80.0 |
| 09/23/05 A 100.0 | wu school book accou | 09/30/05 F 0.0 | | |

| Weight: 25.0 % ( 20.0 %) | | | Average: 0.0 |
|---|---|---|---|
| Date | Grade | Date | Grade | Date | Grade |
| 09/01/05 F 1.0 | endwar.t Thund | 09/15/05 ? | | |

| Weight: 25.0 % ( 20.0 %) | | | Average: 55.5 |
|---|---|---|---|
| Date | Grade | Date | Grade | Date | Grade |
| 09/06/05 B 85.0 | mid-term | 09/01/05 F 40.0 | | |

| Weight: 0.0 % ( 20.0 %) | | | Average: 0.0 |
|---|---|---|---|
| Date | Grade | Date | Grade | Date | Grade |

| Weight: 25.0 % ( 20.0 %) | | | Average: 74.0 |
|---|---|---|---|
| Date | Grade | Date | Grade | Date | Grade |
| 08/31/05 ? | people search | 08/31/05 A 100.0 | warm up | 09/01/05 A 100.0 |
| 09/08/05 ? | pg 613 1-10 | 09/13/05 C 70.0 | p7 #4-10 complete su | 09/14/05 A 100.0 |
| 09/28/05 F 0.0 | | | |

Absent 8 (UnEx = 7) Days Late 10 (UnEx = 9)

...nce Requested:

131

MAY-04-2006 07:03 From:                              To:2024425556           P.1/4

*[handwritten notes]*

## Law Offices of
## ANNA FORBES TOWNS & ASSOCIATES

### FAX COVER SHEET

*313 Hammonton Place*
*Silver Spring, MD 20904*
*Telephone: (301) 680-9175*
*Fax: (202) 318-4755*
*Email: law@annatowns.com*

| TO: | DCPS State Education Agency Impartial Hearing officer | FAX: | (202) 442-5556 |
|---|---|---|---|
| FROM: | Anna Forbes Towns, Esq. | DATE: | May 4, 2006 |
| RE : | Response to Respondent's Motion to Dismiss<br>Student: ████████<br>DOB: ████<br>School:  Options PCS | PAGES: | 4, incl. cover sheet |

**Due Process Hearing Date:   Friday, 5/12/06 at 9:00 am.**



2006 MAY -4  PM 3:19

DC PUBLIC
SCHOOL SYSTEM

**\* If you have any problems receiving this fax transmission, please call (301) 680-9166.**

MAY-04-2006 07:03 From:                                    To:2024425555          P.2/4

### ATTORNEY ANNA FORBES TOWNS AND ASSOCIATES
313 Hammonton Place
Silver Spring, Maryland 20904
Phone :( 301) 680-9175
Fax :( 202) 318-4755
Email: law@annatowns.com

May 4, 2006

Impartial Hearing Officer
DCPS State Education Agency
815 North Capital Street NE
Washington, DC 20002

Re: **REQUEST FOR THE DENIAL OF RESPONDENTS' MOTION TO DISMISS**

Student: ▮▮▮▮▮▮ e DOB: ▮▮▮▮▮▮
School: Options Public Charter School

Dear Hearing Officer:

It is respectfully requested that Respondent's Motion to Dismiss the scheduled Due Process Hearing for the above-referenced student be denied based upon the following:

- The Due Process Complaint Notice for this matter was filed on 3/13/06.
- The Due Process Hearing date is scheduled for Friday, 5/12/06 at 9:00 am.
- According to the 3/15/06 Scheduling Memorandum regarding this case, the deadline for the submission of a Response to the Complaint was 3/23/06.
- During the Resolution Session, held on 3/27/06, the issues contained in the Due Process Complaint Notice were not resolved. Among other unresolved issues, OPCS agreed to complete an Occupational Therapy Evaluation that, to date, has not been completed.
- Issues regarding the "substance" of this complaint should appropriately be addressed during the scheduled Due Process Hearing, through the presentation of evidence and testimony.

IDEA Section 615(b)(6)(A) requires the opportunity for any party "to present a complaint with respect to any matter relating to the identification, evaluation, or educational placement of the child, or the provision of a free, appropriate public education."

Sincerely,

*Anna Forbes Towns*

Anna Forbes Towns, Esq.

Cc: William E. Houston, Esq., Legal Counsel representing Options PCS
Karen Herbert, Esq., Attorney Advisor, DCPS
LaTanya Higginbotham, Special Education Advocate

*Licensed to Practice Law in the District of Columbia*                    133

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                                    BEFORE A SPECIAL EDUCATION

**H⬛⬛⬛.**                        Petitioner

                    Vs                               HEARING OFFICER

**NON-PUBLIC**                                                    *CORRECTED COPY*
**Options PCS**                                      DISTRICT OF COLUMBIA

                    Respondent                       PUBLIC SCHOOLS


## SCHEDULING MEMORANDUM

1.      A due process complaint notice and request for due process hearing has been received by
        the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant
        to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process
        hearing, the Local Educational Agency shall convene a resolution meeting with the
        parent(s) and the relevant member or members of the IEP Team who have specific
        knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving
        notice of the parents' complaint.</u> The meeting shall include a representative of the Local
        Educational Agency who has decision-making authority. The Local Education Agency is
        responsible for scheduling the resolution meeting in consultation with the parent. **<u>The
        Student Hearing Office does not schedule or participate in resolution meetings.</u>**

2.      The complaint notice was filed on **March 13, 2006**

3.      The deadline for the resolution meeting is **March 28, 2006** unless the parent and
        Local Educational Agency agree in writing to waive such meeting, or agree to refer
        the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A.      ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local
        Educational Agency has not sent a prior written notice to the parent regarding the subject
        matter contained in the parent's due process complaint notice, the Local Educational
        Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response
        that shall include:

        1.      An explanation why the Local Educational Agency proposed or refused to take
                action raised in the complaint;
        2.      A description of other options that the IEP Team considered and the reasons why
                those options were rejected;
        3.      A description of each evaluation procedure, assessment, record, or report the
                agency used as the basis for the proposed or refused action, and
        4.      A description of the factors that is relevant to the agency's proposal or refusal

Rev'd 7/6/05

                                                                                    134

B.   Prior written notice, if not already provided to the parent, must be sent by the Local
     Educational Agency to the complaining party no later than **March 23, 2006**.

C.   ***Deficiency Notice***.  A complaint notice shall be deemed sufficient unless the party
     receiving the notice notifies the Student Hearing Office and the complaining party in
     writing, within 15 days of receiving the notice of the complaint, that the complaint does
     not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.   The deadline for filing a deficiency notice is **March 28, 2006**.

## DUE PROCESS HEARING

     Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not
resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the
complaint, the due process hearing may occur, and all applicable time lines for scheduling a due
process hearing will commence.  A final hearing officer's decision must be issued within 45 days
from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

     The staff with the Student Hearing Office does not provide legal advice.  The parties
should consult with legal counsel or other representative to answer any legal questions about your
rights, duties, and responsibilities under the law.  The school or the Local Education Agency
responsible for scheduling the meeting will provide information about the time, date, and location
of the resolution meeting.

Rev'd. 7/6/05

135

May. 3. 2006  9:12AM   Dalton, Dalton,& Houston

# FACSIMILE TRANSMISSION COVER SHEET

### DALTON, DALTON, & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703) 739-4300
Facsimile: (703) 739-2323
E-MAIL: DCSPEDLAW@AOL.COM

**DATE:** 3 MAY 2006

**TO:** Hearing Officer David Smith

**AT FAX:** 202 442-5556

**FROM:** WILLIAM HOUSTON

**RE:** — Motion to Dismiss

**NUMBER OF PAGES INCLUDING COVER SHEET:** 6

**COMMENTS:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEAS
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIG
MESSAGE TO US AT THE ABOVE ADDRESS.**

# District of Columbia Public Schools
## STATE EDUCATION AGENCY

### Confidential

| | | |
|---|---|---|
| ▬▬▬, Student | ) | |
| | ) | |
| Date of Birth: ▬▬▬ | ) | **Hearing Date: 12 May 2006** |
| | ) | |
| Petitioner, | ) | **Request for Hearing: 13 March 2006** |
| | ) | |
| v. | ) | |
| | ) | |
| OPTIONS P.C.S. | ) | |
| & | ) | |
| District of Columbia Public Schools | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

### MOTION TO DISMISS

Comes now the **Options Public Charter School** (Options), by and through counsel, and joined by the **District of Columbia Public Schools** (DCPS) and request the Hearing Officer dismiss the 13 March 2006 Due Process Hearing Request.

### Background

Options convened a multi-discipline team meeting on 18 October 2005 to discuss the need for testing ▬▬▬ for special education services. The team concluded ▬▬▬ needed a psycho-educational testing. The meeting notes reflect mother attended the meeting but there is nothing in the notes that indicate anyone suspecting ▬▬▬ of any emotional concerns. The mother signed the consent form at the conclusion of the meeting and agreed with recommendation of the team.

The clinical psychologist did perform some clinical assessments in his evaluation and found there were no foundations for further testing. Therefore, not only were there no suspected disabilities mentioned at the MDT meeting, Dr. Cranford found no basis for suspecting any emotional disturbance in his testing.

On 26 January 2006, Options convened a meeting to discuss the evaluations and determine eligibility. The MDT determined ▬▬▬ was eligible as a student with learning disabilities. The team then went on to discuss the individualized education program and the team determined that based on the data ▬▬▬ needed 24 hours of specialized services. Options then offered to placed ▬▬▬ in their out of general education program.

137

May. 3. 2006  9:12AM    Dalton, Dalton.& Houston          No.1793   P. 3

**MOTION TO DISMISS – CONTINUED**                                                        2

The team agreed with this decision and the father signed the IEP consenting to the IEP. The IEP team consisted of both parents, teachers, LEA representative and the clinical psychologist who evaluated the child.  The MDT meeting lasted for nearly 6.5 hours and therefore the teachers were not present for the entire period but the parents implicitly consented to the teachers coming and going as the school schedule required.

After the father left, the mother objected to the out of general education placement and the 24 hours of services and convinced the team to reduce the hours to 15 hours.  Options has been implementing the IEP the mother agreed to, the IEP with 15.5 hours of services since it was the last agreed upon IEP.

Admittedly, since the father signed the IEP, Options should have included him in the discussions reducing the hours from 24.5 hours to 15.5 hours.  However, the mother raised no objections to the proceedings until the father left.  Since the child lives with the mother, Options viewed her opinion as important and therefore with several of the members still present, Options agreed to reduce the number of hours.

The mother, the petitioner then filed the instant suit, alleging among other things,
1.  Whether this student was denied FAPE due to the failure of DCPS and /or Options PCS to evaluate the student in all areas of suspected disability prior to making a determination of the appropriate disability code and special education eligibility.
2.  Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to provide her with an educational program consistent with her current IEP.
3.  Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to convene a legally constituted IEP team meeting to make the eligibility determination, determine the appropriate disability code and to develop an appropriate IEP and educational program for the student.
4.  Whether this student was denied FAPE due to Options PCS changing the number of service hours on the IEP without the participation of the parent or IEP Team
5.  Whether this student is entitled to an award of compensatory education due to lost services based upon violations regarding the student's IEP, services and/or placement.

On 27 March 2006, Options convened a resolution meeting.  Once again both parents attended the meeting.  Neither parent could agree to anything, the meeting notes clearly indicate the disagreement with the mother, and her advocate on one side and the father and ███████ on the other.  (Attachment A) Due to this Options could not offer to resolve the matter.

Options is in a quandary, if they accede to one parent, the other parent may sue.  In this case though, the parent who Options listened to is the one that sue Options.

May. 3. 2006  9:12AM    Dalton, Dalton,& Houston              No.1793   P. 4

**MOTION TO DISMISS – CONTINUED**                                    3

### Argument

Under IDEIA, both parents have rights and privileges. It is inequitable to allow the mother, who requested the changes to IEP, got the requested changes, now to bring suit. It was not the mother who was aggrieved by Options decision to lower the number of hours as requested by the mother after the father signed the IEP, but the father.

Meanwhile, Options is tying to accommodate all parties. The student has not lost services. The child has an appropriate IEP and Options is implementing it when the child is available. The student is often truant and the school has issued a truancy notice.

For all the foregoing reasons, Options requests the Hearing Officer dismiss all the allegations. Attorney Advisor for DCPS, Ms. Karen Herbert joins in the request to dismiss all the allegations.

Respectfully submitted

William E. Houston
Counsel for Options PCS

---

### CERTIFICATE OF SERVICE

I, William Houston, certify that I transmitted a copy of the foregoing Motion to Dismiss by facsimile on 3 May 2006 to Ms. Anna Forbes Towns and Ms. Karen Herbert.

Respectfully,

William E. Houston

May. 3. 2006  9:13AM  Dalton, Dalton,& Houston                     No.1799   P. 5

A *RESOLUTION MEETING*

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |
|-----|

MEETING DATE: 3/27/06

MDT REFERRAL DATE: ▓▓▓▓

STUDENT: ▓▓▓▓▓▓▓                    SCHOOL: OPCS

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| PARIS Adon | | LEA Rep |
| Andre Samuels | Samuels | Reg. Ed. Rep |
| Reginald Leonard | W. Leonard Ph.D | Spec. Ed. Teacher |
| DAVID CRANFORD, Ph.D | | Yr. psychologist |
| Tanya Higginbotham | Tashauna Higginbotham | Advocate |
| Gregory BUSH | Gregory J Bush | Parent |
| William ▓▓▓▓ | ▓▓▓▓▓ | Counsel * start the meet |
| Camille Howe | Camille ▓▓ | STUDENT |
| | | MOTHER |

at the meeting →

Introductions were made the father declined to receive a copy of the procedural safeguards the mother has ACCEPTED a copy and understands her rights as signed by the Reciept dated 3/27/06. The parent states that she does not want Options Attorney *Counsel* at meeting. MR. Houston has left the meeting due to the parent not having legal representa. The parent has concerns that ▓▓ is not receiving the services she is supposed to be receiving. OPCS has to been enrolled ▓▓▓▓ in After school homework she had poor Attendance. OPCS will agree to complete an OT evaluation There was a regular education at the original IEP meeting that there has OPCS has shown that it did have a REGULAR et →

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT  AT THE MEETING    ▓▓▓▓▓▓

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

[ ] CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION
[ ] IS TO BE EXITED FROM SPECIAL EDUCATION

140

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF S!    **ATTACHMENT A**

May. 3. 2006. 9:13AM    Dalton, Dalton & Houston    No.1793   P. 6

STAFF At THE FCI, THE advocate is not in agreement with a full-time self-contained setting until a full comp. evaluations are done. The school stance is that ████ has to be placed in a self contained classroom. The mother and the advocate are in disagreement with the school placing Ashley in a self contained classroom because they believe that ████ needs more testing. — Furthermore the OPCS has shown that it changed the hours on a IEP due to the parents, Ms.Howe, not wanting ████ to be in a full time setting. The school stance is strong on ████ need The parents are not in agreeance with IEP Hours. At this time the advocate is not in agreeance with what ████ states that she will go to class and we can put her in self contained if she fails to follow the attendance contract. OPCS will continue to follow its school rules by sending students home after a student cuts 2 classes. The parents are still in disagreement with the IEP hours The mother states that she is the guardian on paper therefore the school will at the parents request keep Ashley on the part-time special education. The compensator. services portion can not be determined at this time due to the team not agreeing on the testing that needs to be done according to the advocate, the school does not agree with the testing needing to be done due to the fact that Ashley does well in self contained. / ████ OPCS did not agree with everything with regards to conducting a speech/language Evaluation, Clinical Evaluation, Social History, FBA and BIP.

Ashley Howe

Apr.26. 2006  1:46PM   Dalton, Dalton & Houston                         No. 7.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## STATE ENFORCEMENT & INVESTIGATIONS DIVISION
(202) 442-5432 (Telephone)
(202) 442-5556 (Facsimile)

### CONFIDENTIAL

| | | |
|---|---|---|
| In the Matter of: | ) | **TO: GREGORY BUSH** |
| | ) | |
| ▆▆▆▆, Student | ) | |
| | ) | |
| Date of Birth: ▆▆▆▆ | ) | Hearing Date: 12 May 2006 |
| | ) | |
| Petitioner, | ) | Request for Hearing: 13 March |
| | ) | |
| v. | ) | |
| | ) | |
| OPTIONS P.C.S. | ) | |
| & | ) | |
| District of Columbia Public Schools | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

### NOTICE TO APPEAR AT DUE PROCESS HEARING

**Mr. Gregory Bush**, father of ▆▆▆▆ please be informed that you are comm'd
to appear in person and under oath to give testimony at the request of Options Public Cha---
School at the due process hearing for your daughter, A▆▆▆▆ to be conducted at:

825 North Capitol Street, N.E.
8th Floor
Washington, DC 20002

on 12 May 2006 beginning at 9:00 a.m. If the matter is continued to an alternative date ▆▆
of the hearing officer, your physical presence will be required on that date and you will ▆▆▆
notified.

The exact time of your testimony cannot be determined prior to the date of the ▆▆
because it is dependent upon many factors. Under the hearing rules please be aware tha▆
might be excluded from the hearing room prior to your testimony. You are welcome t▆
reading material or such other activities as you may need to pass the time waiting.

This Notice to Appear is issued pursuant to the authority found in 20 U.S.C. § ▆
(h)(2), 5 D.C.M.R. §3031.1(b) (D.C. Register, 28 February 2003) and "The Special Edu▆
Student Hearing Office Due Process Hearing Standard Operating Procedures," final ver▆
February 2006, Section 800.1 (4).

Apr.28. 2006  1:46PM    Dalton, Dalton,& Houston

**NOTICE TO APPEAR AT DUE PROCESS HEARING – CONTINUED**

The mother's attorney is Anna Forbes Towns.  If you have questions, you may
(202) 610-0120 or by mail at her office:
> 313 Hammonton Place
> Silver Spring, MD 20904.

The attorney for DCPS is Karen Herbert.  If you have questions, you may call
(202) 442-5000 or by mail at her office:
> Office of General Counsel
> District of Columbia Public Schools
> 825 North Capitol Street, N.E.
> 9th Floor
> Washington, DC  20002

The attorney for Options Public Charter Schools is William Houston.  If you have
questions, you may call him at (703) 739-4300 or by mail at his office:
> 1008 Pendleton Street
> Alexandria, VA 22314-1837

_____
Impartial Hearing Officer

5-4-06
_____
Date:

143

Apr.28. 2006  1:45PM    Dalton, Dalton,& Houston                    No.1664   P. 1

# FACSIMILE TRANSMISSION COVER SHEET

**DALTON, DALTON, & HOUSTON, P.C.**
1008 Pendleton Street
**Alexandria, Virginia 22314-1837**
**Telephone: (703) 739-4300**
**Facsimile: (703) 739-2323**
E-MAIL: DCSPEDLAW@AOL.COM

**DATE:**                28 April 2006

**TO:**                  SHARON NEWSOME

**AT FAX:**              202 442-5556

**FROM:**                WILLIAM HOUSTON

**RE:**                  ▉▉▉▉▉▉ – COMPEL WITNESS NOTICE

**NUMBER OF PAGES INCLUDING COVER SHEET:**          3

PLEASE RETURN SIGNED ORDERED BY FACSIMILE
THANK YOU

**COMMENTS:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.
IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL
MESSAGE TO US AT THE ABOVE ADDRESS.**

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 05/04/2006 10:36
                              NAME  : STUDENT HEARINGS OFF
                              FAX   : 2024425556
                              TEL   : 2024425432
                              SER. # : BROH3J608601
```

```
┌──────────────────────────────────────────────────────────┐
│  DATE,TIME             05/04  10:35                        │
│  FAX NO./NAME          92023184755                         │
│  DURATION              00:01:00                            │
│  PAGE(S)               03                                  │
│  RESULT                OK                                  │
│  MODE                  STANDARD                            │
│                        ECM                                 │
└──────────────────────────────────────────────────────────┘
```

Apr.28  2006  1:45PM    Dalton. Dalton.& Houston          No.1664    P. 2

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## STATE ENFORCEMENT & INVESTIGATIONS DIVISION
### (202) 442-5432 (Telephone)
### (202) 442-5556 (Facsimile)

### CONFIDENTIAL

| | | |
|---|---|---|
| In the Matter of: | ) | **TO: GREGORY BUSH** |
| | ) | |
| ████████ Student | ) | |
| | ) | |
| Date of Birth: ████████ | ) | **Hearing Date: 12 May 2006** |
| | ) | |
| Petitioner, | ) | **Request for Hearing: 13 March 2006** |
| | ) | |
| v. | ) | |
| | ) | |
| OPTIONS P.C.S. | ) | |
| & | ) | |
| District of Columbia Public Schools | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |

**NOTICE TO APPEAR AT DUE PROCESS HEARING**

**Mr. Gregory Bush, father of** ████████ please be informed that you are commanded
to appear in person and under oath to give testimony at the request of Options Public Charter

145

*(vertical stamp: 2006 APR 28 PM 1:44  DC PUBLIC SCHOOL SYSTEM)*

# District of Columbia Public Schools
## *State Enforcement Investigative Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### *FACSIMILE SHEET*

Date: May 9, 2006

TO:    Dalton

FROM: STUDENT HEARING OFFICE

RE:  ▬▬▬▬▬▬

TOTAL NUMBER OF PAGES, INCLUDING COVER: 5

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

146

```
┌─────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT   │
└─────────────────────────────────────┘
                          TIME : 05/09/2006 10:21
                          NAME : STUDENT HEARINGS OFF
                          FAX  : 2024425556
                          TEL  : 2024425432
                          SER.# : BROH3J608601
```

| DATE,TIME | 05/09 10:21 |
|---|---|
| FAX NO./NAME | 97037392323 |
| DURATION | 00:00:45 |
| PAGE(S) | 05 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# District of Columbia Public Schools
## *State Enforcement Investigative Division*
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: May 9, 2006

TO: Dalton

FROM: STUDENT HEARING OFFICE

RE:

TOTAL NUMBER OF PAGES, INCLUDING COVER: 5

COMMENTS:                                                    147

TRANSMISSION VERIFICATION REPORT

```
TIME   : 04/13
NAME   : STUDE
FAX    : 202442
TEL    : 20244
SER.#  : BROH3
```

```
DATE,TIME              04/13  06:53
FAX NO./NAME           93184755
DURATION               00:00:28
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



HEARING NOTICE

| | |
|---|---|
| MEMORANDUM VIA: [✗] FACSIMILE [ ] MAIL [ ] HAND DELIVERY | |

TO:   Parent (or Representative): _A. TOWNS /W. HOUSTON_ Fax No.: _318-_
                                                              _(703)_

LEA Legal Counsel: _K. HERBERT_

RE:   H█████ A█████ and (LEA) DOB: ████████
         Student's Name

FROM: __SHARON NEWSOME__
         Special Education Student Hearing Office Coordinator

DATE SENT: _____4/13/06_____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named stud
_3/13/06_ . Please be advised that the hearing has been scheduled for:

DATE: _____5/12/06_____                                              148
         _9:00 AM_

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                              TIME  : 04/13/2006 06:56
                              NAME  : STUDENT HEARINGS OFF
                              FAX   : 2024425556
                              TEL   : 2024425432
                              SER.# : BROH3J608501
```

```
┌──────────────────────────────────────────────────────────┐
│ DATE,TIME              04/13  06:55                         │
│ FAX NO./NAME           97037392323                         │
│ DURATION               00:00:13                            │
│ PAGE(S)                01                                  │
│ RESULT                 OK                                  │
│ MODE                   STANDARD                            │
│                        ECM                                 │
└──────────────────────────────────────────────────────────┘
```

# District of Columbia Public Schools
### *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:   Parent (or Representative): *A. TOWNS / W. HOUSTON* Fax No.: *318 - 4755*
                                                                *(703) 739-2323*

      LEA Legal Counsel: *K. HERBERT*

RE:   ████ ████          and (LEA) DOB: ███████████
         Student's Name

FROM:   **SHARON NEWSOME**
        Special Education Student Hearing Office Coordinator

DATE SENT:   *4/13/06*

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on *3/13/06*. Please be advised that the hearing has been scheduled for:

DATE:   *5/12/06*                                          149
        *9:00 Am*

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| ▓▓▓▓▓▓ Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| **NON-PUBLIC** | ) | |
| **Options PCS** | ) | DISTRICT OF COLUMBIA |
| | ) | |
| Respondent | ) | PUBLIC SCHOOLS |

*CORRECTED COPY*

# SCHEDULING MEMORANDUM

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint.</u> The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**

2. The complaint notice was filed on **March 13, 2006**

3. The deadline for the resolution meeting is **March 28, 2006** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A. ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint,</u> send to the parent a response that shall include:

1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
2. A description of other options that the IEP Team considered and the reasons why those options were rejected;
3. A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and
4. A description of the factors that is relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **March 23, 2006**.

C.    ***Deficiency Notice***.    A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, within 15 days of receiving the notice of the complaint, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is **March 28, 2006**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence.  A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice.  The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law.  The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

151

Rev'd 7/6/05

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| ██████████ Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| **NON-PUBLIC** | ) | |
| **Options PCS** | ) | DISTRICT OF COLUMBIA |
| | ) | |
| Respondent | ) | PUBLIC SCHOOLS |

# <u>SCHEDULING MEMORANDUM</u>

1.  A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2.  The complaint notice was filed on **March 13, 2006**

3.  The deadline for the resolution meeting is **March 29, 2006** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A.  ***Prior Written Notice Not Issued by the Local Educational Agency***.  If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

    1.  An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
    2.  A description of other options that the IEP Team considered and the reasons why those options were rejected;
    3.  A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and
    4.  A description of the factors that is relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than **March 23, 2006**.

C.    *Deficiency Notice*.  A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is **March 29, 2006**.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence.  A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice.  The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law.  The school or the Local Education Agency responsible for scheduling the meeting will provide information about the time, date, and location of the resolution meeting.

Rev'd. 7/6/05

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                                    TIME : 03/14/2006 13:09
                                    NAME : SEID OMPC
                                    FAX  : 2025353215
                                    TEL  : 2024425493
                                    SER.# : BROG5J311077
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME              03/14  13:08                           │
│  FAX NO./NAME           93184755                               │
│  DURATION               00:01:03                               │
│  PAGE(S)                03                                     │
│  RESULT                 OK                                     │
│  MODE                   STANDARD                              │
│                         ECM                                   │
└──────────────────────────────────────────────────────────────┘
```

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5693



# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney: Anna Forbess Towns, Esq.**
**Parent: Camilole Howe**

Telephone Number: **(301) 680-9175**          Pages: **3**
Fax Number: **(202) 318-4755**                Date: **March 13, 2006**

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: ▮▮▮▮▮▮
School:   **Options PCS**

**Please contact the Complaint Intake Unit @ (202) 442-5253 regarding any questions related to this Correspondence. Also this is a phone/fax line.**

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5693



# Fax

## Time Sensitive Materials A

**Prompt Attention: Attorney: Anna Forbess Towns, Esq.**
**Parent: Camilole Howe**

Telephone Number: **(301) 680-9175**
Fax Number: **(202) 318-4755**

Pages: **3**
Date: **March 13**,

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: ▰▰▰
School:   **Options PCS**

Please contact the Complaint Intake Unit @ (202) 442-5253 regarding any
questions related to this Correspondence. Also this is a phone/fax line.

Thank You,
**Ms. Shamika Burks**
**Administrative Aide**

The document(s) accompanying this telecopy transmission contains confidential information th-
privileged. The information is intended only for use of the individual or entity named Above, if you
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of -
reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in
immediately notify us by telephone For return of the original document to us.

TRANSMISSION VERIFICATION REPORT

TIME : 03/15/2006 09:58

| | |
|---|---|
| DATE,TIME | 03/15 09:57 |
| FAX NO./NAME | 93184755 |
| DURATION | 00:01:29 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**





# _Due Process Complaint Notice_

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.   INFORMATION ABOUT THE STUDENT:

Name of the Student: ███████          Date of Birth: ███████

Address: _____**3200 Buena Vista Terrace SE   Washington, DC 20020**_____

Home School: _____**DCPS**_____

Present School of Attendance: __**Options Public Charter School**_____

Is this a charter school? ____**Yes**_____    (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: __**Ms. Camilole Howe**_____

Address (if different from the student's above): __**Same as above**_____

1

**B.**  **Legal Representative/Attorney:**

Name:  **Anna Forbes Towns, Esq.**

Address:  **313 Hammonton Place    Silver Spring, Maryland  20904**

Phone:    (w)  **301.680.9175**    (Fax)____**202.318.4755**____          (e-mail)
law@annatowns.com

Will attorney / legal representative attend the resolution session?    △ Yes          ☐ No

**C.**  **Complaint Made Against (check all that apply):**

X   DCPS school (name of the school if different from page one) _____

X   Charter   school   (name   of   the   charter   school   if   different   from   page   one)

☐  Non-public school or residential treatment facility (name) _____
Parent

**D.**  **Resolution Session Meeting between Parent/Representative and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

**The parent, by and through Counsel, wishes to waive the Resolution Meeting to resolve this complaint.**

**E.**  **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

**The parent, by and through Counsel, requests to proceed directly to a Due Process Hearing.**

**F.**  **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

**1.  Nature of the problem:**

██████ 13.6 years old, is a 7th grade student presently enrolled at Options Public Charter School. ████ is a special education student with a disability code of "Learning Disability." The initial IEP for this student, dated 1/26/06, indicated that the student required 24 hours of specialized instruction and the related service of Psychological Counseling. The parent is concerned that ██████ is not receiving "educational benefit" at her current placement.

2

MAR-11-2006 13:34 From:                              To:2024425556            P.4/6

The parent requested comprehensive evaluations for ⬛⬛⬛ in 8/05 and a Consent to Evaluate was signed on 10/18/05.   On 10/27, 11/3 and 11/14/05 a Psychoeducational Evaluation was conducted to assess ⬛⬛⬛ current cognitive abilities and academic functioning.   According to school notes, ⬛⬛⬛ was failing in all academic areas and was not making any progress in the current setting.  According to the WISC-IV Test, ⬛⬛⬛ has the following composite scores:  VCI=71; PRI=90; WMI=71; PSI=85 and FSIQ=74.   The following recommendations were made: (1) ⬛⬛⬛ exhibits behaviors and characteristics consistent with the disability of Learning Disabled. (2) ⬛⬛⬛ will require  intensive specialized instruction in a setting with a small student to staff ratio.  (3) ⬛⬛⬛ would benefit from individual psychological counseling services to address low self concept regarding academic weaknesses.  Further she will need to learn distress tolerance skills to manage responses to academic frustration.

A review of the Beery-Buktenica Development Test of Visual-Motor Integration (VMI) indicates that ⬛⬛⬛ at the age of 13.6 years old, is functioning as a child at the age of 9.6 years old. ⬛⬛⬛ has a severe delay in the area of visual-motor functioning.  An Occupational Therapy Assessment is needed to further assess ⬛⬛⬛ need for Occupational Therapy.

⬛⬛⬛, academic testing demonstrated that her reading comprehension measures at a grade level of 3.8.  Mathematics measures at the grade level of 2.8, and written language measured at the grade level of 3.1.  With documentation of these academic levels, it is clear that ⬛⬛⬛ is unable to receive "educational benefit" in a regular classroom where she is expected to perform at the 7th grade level.  This student is in need of a full time program to address her needs.

The IEP Team convened on 1/26/06 to determine ⬛⬛⬛ eligibility to receive special educational services. The following persons constituted the IEP Team: Assistant Principal, LEA/Psychologist, Special Education teacher and the student's father. *IDEA 2004 requires that a regular education teacher participate as a member of the IEP Team.*  According to the IEP Meeting notes, dated 1/26/06,  the following decisions were made regarding ⬛⬛⬛

- The MDT determined that the student is eligible for special education services as a student with Learning Disability.

- Based on the disability and evaluation data, the student will require  24 hours of specialized instruction.   The student will require ½ hour of psychosocial counseling  to address social and emotional needs.  Specialized instruction will be provided for math, reading and written expression.

- Special Education services for this student will be provided in the following setting:  Out of General Education.

- Placement: Out of General Education – Options Public Charter School.

The special education eligibility determination and the disability code for this student were based upon only one evaluation – the Psychoeducational Evaluation. *IDEA 2004 requires the following regarding the determination of special education eligibility:  " In conducting the evaluation, the LEA shall...not use one single measure or assessment as the sole criterion for determining whether a child is a child with a disability or determining an appropriate educational program for the child".*

Subsequent to the IEP meeting held on 1/26/06, the IEP for this student was altered to reduce the amount of time in special education from  24 hours to 15 hours  without the participation of the IEP Team or the parent.

This student has been denied a free appropriate public education (FAPE) due to the failure of  DCPS and/or Options Public Charter School to evaluate the student in all areas of suspected disability; failure to provide the student with an appropriate IEP; failure to provide the student with a special education program through which she could receive "educational benefit"; failure to convene an IEP meeting with the legally required members of the IEP team present; and  for making changes in the student's IEP document (reduction in the number of service hours) without the participation of the IEP team or the parent.

3

159

II.    **Issues presented:**

- Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to evaluate the student in all areas of suspected disability prior to making a determination of the appropriate disability code and special education eligibility.

- Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to provide her with an educational program consistent with her current IEP.

- Whether this student was denied FAPE due to the failure of DCPS and/or Options PCS to convene a legally constituted IEP team meeting to make the eligibility determination, determine the appropriate disability code and to develop an appropriate IEP and educational program for the student.

- Whether this student was denied FAPE due to Options PCS changing the number of service hours on the IEP without the participation of the parent or IEP Team.

- Whether this student is entitled to an award of compensatory education due to lost services based upon violations regarding the student's IEP, services and/or placement.

### III. to the extent known to you at this time, how can this problem be resolved?

- DCPS and/or Options PCS shall ensure that this student has available a Free Appropriate Public Education, including special education and other related services defined by 34 CFR 300.24, designed to meet this student's unique needs and preparation for further education, employment and independent living.

- DCPS and/or Options PCS shall be ordered to conduct the following evaluations within 30 calendar days of the date of the Hearing Officer's Decision: Speech/Language Evaluation; Clinical Evaluation; Occupational Therapy Assessment; Social History; Clinical Evaluation; FBA and BIP; and Vision and Hearing Screenings.

- If DCPS and/or Options PCS fail to conduct either of the ordered evaluations within the 30-day timeframe, parent shall be authorized to seek independent evaluations at no expense to the parent.

- Options PCS shall be ordered to convene a legally constituted MDT/IEP/Placement meeting within 10 school days after receipt of the last evaluation to review each evaluation, review the student's records, amend the IEP, if necessary; and discuss placement and compensatory education.

- All meetings/conferences regarding this matter shall be scheduled through Counsel's office via fax (202.318.4755). Copies of each evaluation shall be submitted to Counsel at least 48 hours prior to the scheduled MDT/IEP meetings.

- The Hearing Officer shall find that there has been a denial of FAPE due to the failure of DCPS and/or Options PCS to provide this student with an appropriate IEP, academic program and services through which the student could receive "educational benefit" pursuant to IDEA.

- Based on the findings of fact and conclusions of law, the relief obtained by the parent/student materially alters the legal relationship of the parties by modifying DCPS' and/or Options PCS' behavior in a way that benefits the parent/student.

- DCPS shall fund reasonable attorney fees contingent upon the submission of a certified invoice to DCPS and/or Options PCS.

MAR-11-2006 13:35 From:                                    To:2024425556

## G. Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Conference/Due Process Hearing.

- Interpreter (please specify the type)_____
- Special Communication (please describe the type)_____
- Special Accommodations for Disability (please be specific)_____
- Other_____

## H.   Signature:

*Anna Forbes Downs, Esq.*     March 13. 2006
Legal Representative / Advocate (if applicable)          Date

Mail, fax or deliver this complaint notice to:
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

161

SEID DPCN Rev'd 7/01/05

MAR-11-2006 13:34 From:                          To:2024425556          P.1/6

Law Offices of
## ANNA FORBES TOWNS & ASSOCIATES

*313 Hammonton Place*
*Silver Spring, MD 20904*
*Telephone: (301) 680-9175*
*Fax: (202) 318-4755*
*Email: law@annatowns.com*

**FAX COVER SHEET**

| TO: | **Ms. Sharon Newsome**<br>**DCPS, Student Hearing Office** | **FAX:** | (202) 442-5556 |
|---|---|---|---|
| FROM: | Anna Forbes Towns, Esq. | **DATE:** | March 13, 2006 |
| RE: | **Request for DPH**<br>Student: ▓▓▓▓▓<br>DOB: ▓▓▓ | **PAGES:** | 6, incl. cover sheet |

DC PUBLIC SCHOOL SYSTEM
2006 MAR 13 AM 7:56

**\* If you have any problems receiving this fax transmission, please call (301) 680-9166.**