**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL: | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 06-1004 (PLF)** |
| | : | |
| CAMILLE HOWE, | : | |
| as next friend of the minor child, | : | |
| A.H. *et. al.* | : | |
| | : | |
| Defendants | : | |

NOTICE OF FILING

Plaintiff hereby submits the administrative record in the above captioned matter. A courtesy copy will be filed with Judge Friedman and will be mailed to defendant's counsel. Also included in this filing is a transcript of the due process hearing.

Respectfully submitted,

_____/s/_____

William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703)-739-4300
(703)-739-2323 – facsimile

CERTIFICATE OF SERVICE

    I certify that on this 20th day of October 2006, a copy of the foregoing Notice of Filing was mailed first class postage paid to Ms. Anna Forbes Towns at 313 Hammonton Place, Silver Spring, MD 20904.


                                /s/
                        William E. Houston, Esq.