IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.       Civil Action No. **1:06:CV01004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by counsel, respectfully move for summary judgment pursuant to ***Fed. R. Civ. Pro. 56*** and ***LCvR 56.1***.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto.

Respectfully submitted,

*/s/ Anna Forbes Towns*
Anna Forbes Towns (431553)
313 Hammonton Place
Silver Spring, Maryland 20904
(301) 680-9175