IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.    Civil Action No.**1:06:CV01004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

---

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to *LCvR 56.1*, Defendants respectfully submit the following statement of material facts as to which there is no genuine issue:

1.     A.H. (the minor) was born August 15, 1992. ***See Hearing Officer's Determination at p. 1.***

2.     The minor is a resident of the District of Columbia. ***See Hearing Officer's Determination at p. 1.***

3.     During the 2005-2006 school year, the minor attended Options Public Charter School. ***See Due Process Complaint Notice at p. 1.***

4.     The minor is a current student at Options Public Charter School.

5.      On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging a violation of the *IDEIA* because of Plaintiffs' failure to evaluate the minor in all areas of suspected disability.  *See Due Process Complaint Notice at p. 4*

6.      On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging a violation of the *IDEIA* because of Plaintiffs' failure to convene a legally constituted IEP team meeting.  *See Due Process Complaint Notice at p. 4.*

7.      On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging a violation of the *IDEIA* because of Plaintiffs' failure to provide an educational program consistent with an appropriate IEP.  *See Due Process Complaint Notice at p. 4.*

8.      On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging the minor was entitled to compensatory education due to lost services based upon Plaintiffs' violations of the minor's *IDEIA* rights.  *See Due Process Complaint Notice at p. 4.*

9.      On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice and demanded Plaintiffs to conduct the following:  (a)  speech & language evaluation;  (b)  clinical evaluation;  (c)  occupational therapy assessment;  (d)  social history;  (e)  vision & hearing screening;  (f)  FBA and (g)  BIP.  *See Due Process Complaint Notice at p. 4.*

10.     On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice and demanded Plaintiffs to ensure that the minor received FAPE, and include all related special services.  *See Due Process Complaint Notice at p. 4.*

11.     On May 12, 2006 a Hearing was duly held in compliance with the *IDEIA*.  *See Hearing Officer's Determination at p. 3.*

3

12. On May 23, 2006 a Hearing Officer's Determination was issued pursuant to the

*IDEIA*. *See Hearing Officer's Determination at pp. 3-4.*

                                           Respectfully submitted,

                                           */s/ Anna Forbes Towns*
                                           Anna Forbes Towns (431553)
                                           313 Hammonton Place
                                           Silver Spring, Maryland 20904
                                           Phone (301) 680-9175

Case 1:06-cv-01004-PLF    Document 17-3    Filed 12/04/2006    Page 3 of 3

3