IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.                               Civil Action No.**1:06:CV01004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

## **ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Opposition thereto, and the record herein, it is this _____ day of _____, 2006,

    **ORDERED:**  that Defendants' Motion for Summary Judgment is **GRANTED.**

    **FURTHER ORDERED:**  that Defendants prevail.

    **SO ORDERED.**

**DATE:**_____

                                                         _____
                                                         Honorable Paul L. Friedman
                                                         United States District Judge