UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OPTIONS PUBLIC CHARTER SCHOOL:**   :
   :
   **Plaintiff**   :
   :
   v.   :   **CIVIL ACTION NO. 06-1004 (PLF)**
   :
**CAMILLE HOWE,**   :
as next friend of the minor child,   :
**A.H.** *et. al.*   :
   :
   **Defendants**   :

ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment Defendant's Opposition it is hereby:

ORDERED, that the Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: that the May 23, 2006, Hearing Officer's Determination is reversed.

_____         _____
Date         Paul L. Friedman
       UNITED STATES DISTRICT JUDGE