IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

        v.                                      Civil Action No. **1:06:CV01004 (PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

The following are the Defendants' responses to the Plaintiff's Statement of Material Facts as to Which There is no Genuine Issue.

| Plaintiff Fact No. | Defendants' Position |
|---|---|
| 1. | Not disputed. |
| 2. | Not disputed. |
| 3. | Not disputed. |
| 4. | Plaintiff and Defendants did participate in an ***MDT*** meeting. Plaintiff agreed to perform an OT evaluation, and failed to execute the OT evaluation. ***See, Defendants' Motion for Summary Judgment at pp.4-6.*** |
| 5. | Disputed. Defendant Ms. Howe always cooperated with Plaintiff regarding meetings. Defendant Ms. Howe did not agree with all the |

1

        findings of the Plaintiff and sought clarification. Also, the *MDT* meeting was not convened in compliance with the law. *See, Defendants' Motion for Summary Judgment at pp. 6-9.*

6. The Defendant did not agree with all the recommendations of Plaintiff. *See, Defendants' Motion for Summary Judgment at pp. 7-9.*

7. The Defendant did not agree with the recommendations of Plaintiff.

8. *See, Due Process Complaint* filed by Defendant at the administrative Hearing.

9. Disputed. The resolution session was unsuccessful. *See, Due Process Complaint Disposition Form.* Defendant made no statements as to resolution meeting. Defendants state that the resolution meeting was unsuccessful.

10. Not disputed.

11. Disputed. Defendant requested additional evaluations. Defendant sued for additional evaluations. Defendant cooperated fully at all meetings.

12. Disputed. True that Dr. Cranford did testify. However, Hearing Officer did not adopt his opinion. Moreover, Hearing Officer was not legally obligated to find Dr. Cranford as an expert in view of his testimony.

13. Disputed. Defendant provided the testimony of Defendant-Ms. Howe, and Special Education Advocate Ms. Higginbotham.

14. Not disputed. However, the HOD considered all the documentary evidence, testimony and the entire record. As a result of the Hearing Officer's total investigation, her ruling was legally correct.

15. Disputed. Defendant had Special Education advocate Ms. Higginbotham to testify in her capacity as a Special Education Advocate. *See, Defendants' Motion for Summary Judgment at pp. 4-5.*

16. Disputed. Mr. Adom tried to mislead the Hearing Officer, and Defendant impeached him. *See, Defendants' Motion for Summary Judgment at pp. 8-9.*

17. Disputed. The HOD was legally correct. The HOD provided Defendant with the remedies prayed for in the *Due Process Complaint. See, the Due Process Complaint. Also see, the HOD and Defendants' Motion for Summary Judgment.*

Respectfully submitted,

*/s/ Anna Forbes Towns*
Anna Towns Forbes (431553)
313 Hammonton Place
Silver Spring, Maryland 20904
(301) 680-9175

3