UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OPTIONS PUBLIC CHARTER SCHOOL:**                :
    **Plaintiff**                :
    v.                :  **CIVIL ACTION NO. 06-1004 (PLF)**
**CAMILLE HOWE,**                :
as next friend of the minor child,                :
A.H.  *et. al.*                :
    **Defendants**                :

## ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment Defendant's Opposition it is hereby:

ORDERED, that the Defendant's Motion for summary judgment is DENIED;

FURTHER ORDERED, that the Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: that the May 23, 2006, Hearing Officer's Determination is reversed.

_____  
Date

_____  
Paul L. Friedman  
UNITED STATES DISTRICT JUDGE