UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
OPTIONS CHARTER PUBLIC SCHOOL,      )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-1004 (PLF)
                                    )
CAMILLE HOWE,                       )
as next friend of the minor child,  )
A.H., et al.,                       )
                                    )
            Defendants.             )
_____ )

ORDER

It is hereby ORDERED that this action is referred to a magistrate judge for a report and recommendation regarding the disposition of Plaintiff's Motion for Summary Judgment [18] and Defendant's Motion for Summary Judgment [17] pursuant to Local Civil Rule 72.3(a). Therefore, on all filings in this action, the parties shall place the initials of Judge Paul L. Friedman and the initials of the magistrate judge following the case numbers in the caption.

Pursuant to Rule 73 of the Federal Rules of Civil Procedure, Local Civil Rule 73.1 and 28 U.S.C. § 636(c), the parties are hereby notified of their voluntary right to consent to assignment of this case to magistrate judge to conduct any and all proceedings, including the final decision on motions for summary judgment or other dispositive motions, as well as trial (with or without a jury), and entry of judgment. Appeal from a judgment entered by a magistrate judge under these Rules, and with the parties' consent, will lie directly to the court of appeals as

it would from a judgment of the District Court. Fed. R. Civ. P. 73(c); LCvR 73.1(c). The right to so consent is a voluntary right, and the parties are free to withhold consent without adverse substantive consequences. Fed. R. Civ. P. 73(b); LCvR 73.1(b). If the parties wish to give this consent, they must execute and file a joint form of consent or separate forms of consent setting forth such election. Fed. R. Civ. P. 73(b). A form of consent may be found as Form 34 in the Appendix to the Federal Rules of Civil Procedure or may be obtained from the Clerk's Office. Any notice of consent, joint or separate, should be filed with the Clerk of the Court and only once all parties have consented to the referral of the matter to a magistrate judge. Fed. R. Civ. P. 73(b); LCvR 73.1(b).

        SO ORDERED.

                                              _____/s/_____
                                              PAUL L. FRIEDMAN
                                              United States District Judge

DATE: January 12, 2007