IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

    v.                           Civil Action No. **1:06:CV01004** **(PLF-DAR)**

CAMILLE HOWE, *et al.,*

    Defendants.

_____

**DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Pursuant to *Fed. R. Civ. Pro. 6 (b) (1)*, Defendant respectfully requests an enlargement of time to file the Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment from Monday, January 22, 2007 to and including Monday, January 29, 2007. As grounds for this request, Defendants represents as follows.

    1.    The attorney assigned to this case was ill with the flu and required medical assistance. In turn his work assignments fell behind several days.

    2.    Plaintiff will not be harmed by the granting of this motion.

    3.    Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is filed jointly with this Motion for Enlargement of Time.

    4.    Pursuant to *LCvR 7.1 (m)*, the undersigned counsel attempted to contact but did not get the consent of Plaintiff's counsel.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. *Fed. R. Civ. Pro. 6 (b) (1)*.

2. The inherent power of the Court.

3. The record herein.

4. Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is filed jointly with this Motion for Enlargement of Time.

5. Plaintiff will not be prejudiced by the granting of this motion.

*/s/ Anna Forbes Towns*
Anna Forbes Towns (413553)
31 Hammonton Place
Silver Spring, Maryland 20904
(301) 680-9175