IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.                       Civil Action No. **1:06:CV01004 (PLF-DAR)**

CAMILLE HOWE, *et al.,*

    Defendants.

## **ORDER**

Upon consideration of Defendant's Motion for Enlargement of Time, Plaintiff's opposition thereto and the record herein, it is hereby

**ORDERED** that Defendants' Motion for Enlargement is **GRANTED**.

**FURTHER ORDERED** that Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is due no later than Monday, January 29, 2007.

    **SO ORDERED.**

**DATE:**_____

_____
Honorable Paul L. Friedman
United States District Judge