UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPTIONS PUBLIC CHARTER SCHOOL** | : |
| Plaintiff | : |
| v. | : CA NO. 1:06-CV-01004 (PLF/DAR) |
| **CAMILLE HOWE**, *et alia*, | : |
| Defendants | : |

### Praecipe

COMES NOW, OPTIONS, P.C.S., by and through counsel, to submit an additional record for the Court's consideration. In a Memorandum Order dated September 26, 2007, the Court remanded this case to the Hearing Officer for further proceedings consistent with the Court's Order.

Consistent with that Order the Hearing Officer reviewed the evidence of the original Due Process Hearing of May 12, 2006, and issued a new H.O.D. dated December 10, 2007, which is filed as an attachment to this Praecipe.

Respectfully Submitted,

/s/
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)

## Certificate of Service

    I certify that a copy of the foregoing, **Praecipe** was filed electronically on this 15th day of January,

_____
Paul S. Dalton
Counsel for OPTIONS, PCS