**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**OPTIONS PUBLIC CHARTER SCHOOL:**
                                           :

    **Plaintiff**                      :

                                  :

       **v.**                        :   **CIVIL ACTION NO. 06-1004 (PLF)**

                                  :

**CAMILLE HOWE,**
**as next friend of the minor child,**  :
**A.H.  *et. al.***                  :

                                  :

    **Defendants**                 :

ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment Defendant's Opposition  it is hereby:

ORDERED,  that the Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: that the May 23, 2006, Hearing Officer's Determination is reversed.

_____
Date

_____
Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE