UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL:

    Plaintiff

    v.                              CIVIL ACTION NO. 06-1004 (PLF)

CAMILLE HOWE,
as next friend of the minor child,
A.H. *et. al.*

    Defendants

## MOTION TO TREAT SUMMARY JUDGMENT MOTION AS CONCEDED

Comes now the Plaintiff, Options Public Charter School, by and through counsel, and hereby respectfully requests the court to treat as conceded plaintiff's motion for summary judgment pursuant to Local Rule 7, which provides that if the opposing party does not file an opposing motion within eleven days of the date of service, the court may treat the motion as conceded.

Plaintiff filed motion for summary judgment on February 19, 2008. As of March 14, 2008, it has been 24 days and counsel for defendant has not filed an opposing motion, thus prompting this request that the court treat plaintiff's motion for summary judgment as conceded.

                                            Respectfully submitted,

                                            ___/s/_____
                                            Paul S. Dalton, Esq
                                            D.C. Bar No. 439118
                                            Dalton & Dalton, P.C.
                                            1008 Pendleton Street
                                            Alexandria, Virginia 22314

(703) 739-4300 (ph)<br>(703) 739-2323 (fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14st day of March, 2008, a copy of the foregoing MOTION TO TREAT SUMMARY JUDGMENT MOTION AS CONCEDED was filed electronically with the District Court for the District of Columbia.

/s/<br>Paul S. Dalton, Esq