**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**OPTIONS PUBLIC CHARTER SCHOOL:**

|  |  |  |
|---|---|---|
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 06-1004 (PLF)** |
| | : | |
| **CAMILLE HOWE,** | : | |
| **as next friend of the minor child,** | : | |
| **A.H.** *et. al.* | : | |
| | : | |
| **Defendants** | : | |

<u>ORDER</u>

Upon consideration of the Plaintiff's Motion to Treat its pending Motion for Summary Judgment as Conceded and Defendants' failure to comply with this Court's Order to file cross Summary Judgment Motions by February 19, 2008, it is hereby:

ORDERED, that the Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: that the May 23, 2006, Hearing Officer's Determination is reversed.

_____
Date

_____
Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE