IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OPTIONS PUBLIC CHARTER SCHOOL

      Plaintiff

    v.                           Civil Action No.**1:06-cv-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

      Defendants

_____

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

      Pursuant to *Fed. R. Civ. Procedure 6(b)(1),* Defendants respectfully request an enlargement of time to file the Defendants' Opposition to Plaintiff's Motion for Summary Judgment from Friday, March 14, 2008 to and including Friday, March 21, 2008. As cause for this motion, the undersigned Counsel represents that due to extenuating circumstances beyond Counsel's control, involving out-of-town travel, Counsel was unable to complete and file the response to Plaintiff's Motion for Summary Judgment that was due by March 14, 2008. Therefore, additional time is requested for the completion and filing of Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

      Wherefore, Defendants respectfully request that the Court grant this motion for an extension of time to file the Opposition to Plaintiff's Motion for Summary Judgment from March 14, 2008 until March 21, 2008.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

1. *Fed. R. Civ. Pro. 6 (b) (1)*

2. The inherent power of the Court.

3. The record herein.

4. Plaintiff will not be prejudiced by the granting of this motion.

        Respectfully submitted,

        */s/ Anna Forbes Towns*
        Anna Forbes Towns (431553)
        313 Hammonton Place
        Silver Spring, Maryland 20904
        (301) 680-9175