**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

OPTIONS PUBLIC CHARTER SCHOOL

        Plaintiff

    v.                           Civil Action No.**1:06-cv-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

        Defendants
_____

## **ORDER**

      Upon consideration of Defendant's Motion for Enlargement of Time to Reply to Plaintiff's Motion for Summary Judgment, Plaintiff's opposition thereto and the record herein, it is hereby

      **ORDERED** that Defendants' Motion for Enlargement of Time to Reply to Plaintiff's Motion for Summary Judgment is **GRANTED.**

      **FURTHER ORDERED** that Defendants' Reply to Plaintiff's Motion for Summary Judgment is due no later than on Friday, March 21, 2008.

      **SO ORDERED.**

**DATE:** _____

                               _____
                               **Honorable Deborah A. Robinson**
                               **United States Magistrate Judge**