IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiff

    v.    Civil Action No. **1:06-cv-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants

### MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO TREAT SUMMARY JUDGMENT MOTION AS CONCEDED

Defendants, by and through Counsel, request that the Motion to Treat the Summary Judgment as Conceded, filed by Plaintiff on March 14, 2008, be denied. As cause for this request, Counsel states the following:

1. According to the Minute Entry, dated January 16, 2008, Opposition to Cross Motion for Summary Judgment was due by March 14, 2008.

2. Plaintiff filed the Motion to Treat Summary Judgment Motion as Conceded and the proposed Order on March 14, 2008.

3. On March 14, 2008 Defendants attempted to complete an electronic filing of a Motion for Enlargement of Time to Reply to Plaintiff's Motion for Summary Judgment and a proposed Order.

4. Counsel for Defendants was unable to complete the electronic filing of these documents prior to midnight on March 14, 2008 due to technical problems with the CM/ECF electronic filing system.

5. With the assistance of the Clerk's Office, the Motion for Enlargement of Time to Reply to Plaintiff's Motion for Summary Judgment and the proposed Order were filed electronically on Monday morning, March 17, 2008.

6. Attempts were made to verbally communicate with Counsel for the Plaintiff and written communication regarding this Motion was forwarded to Plaintiff's Counsel on March 17, 2008.

**Wherefore**, Defendants, by and through Counsel, respectfully request that this Court deny Plaintiff's Motion to Treat the Summary Judgment Motion as Conceded.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. *Fed. R. Civ. Pro. 6 (b) )*
2. The inherent power of the Court.
3. The record herein.
4. Plaintiff will not be prejudiced by the granting of this request.

                Respectfully submitted,

                **/s/ Anna Forbes Towns**
                Anna Forbes Towns (431553)
                313 Hammonton Place
                Silver Spring, Maryland 20904
                (301) 680-9175

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OPTIONS PUBLIC CHARTER SCHOOL

      Plaintiff

      v.                                  Civil Action No.**1:06-cv-1004** **(PLF)**


CAMILLE HOWE, *et al.,*

      Defendants
_____

## **ORDER**

Upon consideration of Defew3ndants' Memorandum in Opposition to Plaintiff's Motion to Treat Summary Judgment Motion as Conceded, Plaintiff's opposition thereto and the record herein, it is hereby

**ORDERED** that the relief sought through Defendants' Memorandum in Opposition to Plaintiff's Motion to Treat Summary Judgment Motion as Conceded is **GRANTED.** Further, Plaintiff's Motion to Treat Summary Judgment Motion as Conceded is **DENIED.**

      **SO ORDERED.**


DATE:_____

      _____
      **Honorable Deborah A. Robinson**
      **United States Magistrate Judge**