IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

    v.                                Civil Action No. **1:06:CV-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

---

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to *LCvR 56.1*, Defendants respectfully submit the following statement of material facts as to which there is no genuine issue:

1. A.H. (the minor) was born August 15, 1992. ***See Hearing Officer's Determination at p. 1.***

2. The minor is a resident of the District of Columbia. ***See Hearing Officer's Determination at p. 1.***

3. During the 2005-2006 school year, the minor attended Options Public Charter School. ***See Due Process Complaint Notice at p. 1.***

4. The minor attended Options Public Charter School for the 2005-2006 academic school year. ***See Due Process Complaint Notice***

1

5. On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging a violation of the *IDEIA* because of Plaintiffs' failure to evaluate the minor in all areas of suspected disability.  *See Due Process Complaint Notice at p. 4*

6. On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging a violation of the *IDEIA* because of Plaintiffs' failure to convene a legally constituted IEP team meeting.  *See Due Process Complaint Notice at p. 4.*

7. On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging a violation of the *IDEIA* because of Plaintiffs' failure to provide an educational program consistent with an appropriate IEP.  *See Due Process Complaint Notice at p. 4.*

8. On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice alleging the minor was entitled to compensatory education due to lost services based upon Plaintiffs' violations of the minor's *IDEIA* rights.  *See Due Process Complaint Notice at p. 4.*

9. On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice and demanded Plaintiffs to conduct the following:  (a)  speech & language evaluation;  (b)  clinical evaluation;  (c)  occupational therapy assessment;  (d)  social history;  (e)  vision & hearing screening;  (f)  FBA and (g)  BIP.  *See Due Process Complaint Notice at p. 4.*

10. On March 13, 2006, counsel for the minor filed a Due Process Complaint Notice and demanded Plaintiffs to ensure that the minor received FAPE, and include all related special services.  *See Due Process Complaint Notice at p. 4.*

11.     On May 12, 2006 a Hearing was duly held in compliance with the ***IDEIA***.  ***See Hearing Officer's Determination at p. 3.***

12.     On May 23, 2006 a Hearing Officer's Determination was issued pursuant to the ***IDEIA***.  ***See Hearing Officer's Determination at pp. 3-4.***

13.     On December 10, 2007 an Amended Hearing Officer's Determination was issued pursuant to the ***IDEIA.   See Amended Hearing Officer's Decision.***

Respectfully submitted,

*/s/ Anna Forbes Towns*
Anna Forbes Towns (431553)
313 Hammonton Place
Silver Spring, Maryland 20904
Phone (301) 680-9175