**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

OPTIONS PUBLIC CHARTER SCHOOL

        Plaintiff

    v.                       Civil Action No. **1:06-cv-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

        Defendants

_____

## ORDER

Upon consideration of Defendants' Opposition to Plaintiff's Motion for Summary Judgment, Plaintiff's Opposition thereto, and the record herein, it is this \_\_\_ day of _____, 2008

        **ORDERED:** that Defendant's Motion for Summary Judgment is **GRANTED.**

        **FURTHER ORDERED:** that Defendants prevail.

        **SO ORDERED.**

**DATE:** _____

                         _____
                         **Honorable Deborah A. Robinson**
                         **United States Magistrate Judge**