IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.                                         Civil Action No. **1:06:CV-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

### **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, by counsel, respectfully move for Summary Judgment pursuant to *Fed. R. Civ. Pro. 56* and *LCvR 56.1*.

The grounds for this motion are set forth in the accompanying Memorandum of Points and Authorities, which is attached hereto.

                                    Respectfully submitted,

                                    */s/ Anna Forbes Towns*
                                    Anna Forbes Towns (431553)
                                    313 Hammonton Place
                                    Silver Spring, Maryland 20904
                                    (301) 680-9175