IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

OPTIONS PUBLIC CHARTER SCHOOL

    Plaintiffs

v.                                    Civil Action No.**1:06:CV-1004** **(PLF)**

CAMILLE HOWE, *et al.,*

    Defendants.

_____

### **ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's Opposition thereto, and the record herein, it is this _____ day of _____, 2008,

    **ORDERED:**  that Defendants' Motion for Summary Judgment is **GRANTED.**

    **FURTHER ORDERED:**  that Defendants prevail.

    **SO ORDERED.**

**DATE:**_____

_____
**Honorable Deborah A. Robinson**
**United States Magistrate Judge**

1