UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OPTIONS PUBLIC CHARTER SCHOOL:**
:
    **Plaintiff** :
:
    v. : **CIVIL ACTION NO. 06-1004 (PLF)**
:
**CAMILLE HOWE,** :
as next friend of the minor child,
A.H. *et. al.* :
:
    **Defendants** :

MOTION

Plaintiff's previous filing of its Motion to Treat its pending Motion for Summary Judgment as Conceded was based on Defendants' failure to comply with this Court's Order to file cross Summary Judgment Motions by February 19, 2008. Defendant's assertion in its request for extended time to file its opposition to plaintiff's Motion for Summary Judgment that plaintiff would not be prejudiced by the granting of said request is false. Plaintiff was prejudiced insofar as counsel for the defendant failed to file its Cross Motion for Summary Judgment on February 19th. Asking for extended time on March 14th to file said Motion that was required to be filed on February 19th indeed prejudiced the plaintiff. Defendant had not only more time to file said Motion but had the ability to review plaintiff's Motion for 3 weeks prior to filing its Cross Motion.

For all the above reasons, plaintiff requests again that its pending Motion for Summary Judgment be granted. If the Court is not incline to grant plaintiff's request then counsel for Plaintiff respectfully requests until April 15, 2008, to respond to

defendant's pending Motions and Reply's. Counsel is currently in Guatemala City and is going to a rural area approximately 3 hours from the Capital and will have no internet access.

Respectfully Submitted.

_____s_____
Paul S. Dalton, Esq.
Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton St.
Alexandria, Virginia 22314
(703)-941-4455
(703)-642-3101

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 27th day of March, 2008.

/s/
Paul S. Dalton, Esq.
Counsel for Plaintiff