UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPTIONS PUBLIC CHARTER SCHOOL**          ) | |
| )| |
| **Plaintiff,**          ) | |
| ) | |
| v.          ) | CIVIL ACTION NO. 06-1004 |
| ) | |
| **CAMILLE HOWE,**          ) | |
| as next friend of the minor child,          ) | |
| **A.H.** *et al*.          ) | |
| **Defendants.**          ) | |
| ) | |

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO TREAT AS CONCEDED PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiff, by and through undersigned counsel, and requests that this honorable Court treat as conceded Plaintiff's Motion for Summary Judgment pursuant to Local Rule 7, which provides that if the opposing party does not file an opposing motion within eleven days of the date of service, the court may treat the motion as conceded. Additionally, Plaintiff by undersigned counsel requests that it's Motion for Summary Judgment be treated as conceded on the grounds that the Defendant was required pursuant to this Court's scheduling Order to file her Motion for Summary Judgment by February 19, 2008, but she did not. Furthermore, Defendant was required pursuant this Court' scheduling Order to file her response/opposition to Plaintiff's Motion for Summary Judgment by March 14, 2008, but she did not. As cause for this request, Counsel states the following:

1. In a status conference held on January 16, 2008, it was determined that Cross Motions for Summary Judgment would be due by February 19, 2008, that Opposition to Cross Motions for Summary Judgment would be due by March 14, 2008, and that Reply to Cross Motions for

Summary Judgment would be due by March 28, 2008.

2. Plaintiff filed it's Motion for Summary Judgment on February 19, 2008. Defendant failed to file a Motion for Summary Judgment. Moreover, Defendant was required to file an opposition to Plaintiff's Motion for Summary Judgment by March 14, 2008.

3. Plaintiff filed a Motion to Treat Summary Judgment Motion as Conceded on March 14, 2008.

4. On March 17, 2008, Defendant requested an extension time from March 14, 2008 to March 21, 2008 to file her opposition to Plaintiff's Motion for Summary Judgment. However, Defendant also file a Motion for Summary Judgment that was due on February 19, 2008 not March 14, 2008. Defendant only requested an extension of time to file an Opposition and not a Motion for Summary Judgment.

**Wherefore**, Plaintiffs, by and through Counsel, respectfully request that this Court grant Plaintiff's Motion to Treat the Summary Judgment Motion as Conceded, due to the fact that Defendant has taken over a month to file her Motion for Summary Judgment and failed to file her Opposition to Plaintiff's Motion for Summary timely and in accordance with this Court's scheduling Order.

### MEMORANDUM OF POINTS AND AUTHORITIES

1. **LcvR 7(b)**
2. The inherent power of the Court.
3. The record herein.
4. Plaintiff will be prejudiced by the denial of this request.

Respectfully submitted,
/s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 28th day of March, 2008.

/s/
Paul S. Dalton, Esq.
Counsel for Plaintiff