UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OPTIONS PUBLIC CHARTER SCHOOL** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | CIVIL ACTION NO. 06-1004 (PLF) |
| : | |
| **CAMILLE HOWE,** : | |
| as next friend of the minor child, : | |
| A.H.  *et. al.* : | |
| : | |
| **Defendants** : | |

### ORDER

In consideration of the Plaintiff's Motion for Summary Judgment and the parties Oppositions and Replies, Plaintiff's Motion for Summary Judgment, is on this _____ day of _____, 2008, it is hereby:

ORDERED: That the Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: That the May 23, 2006, Hearing Officer's Determination is reversed.

_____
Deborah A. Robinson
United States Magistrate Judge