UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1004 (PLF/DAR) |
| CAMILLE HOWE, as next friend of the minor child, A.H. *et. al.* | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL

COMES NOW, Counsel for Plaintiff and Counsel for Defendants, and file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure respectfully requesting that the Court dismiss the instant action with prejudice. Matters that occurred subsequent to the filing of the instant action have rendered the case moot and thus this Court no longer has jurisdiction to adjudicate this matter.

Date: September 11, 2008                                  Respectfully submitted,

                                                                              _____/s/_____
                                                                              Paul S. Dalton, Esq
                                                                              D.C. Bar No. 439118
                                                                              Dalton & Dalton, P.C.
                                                                              1008 Pendleton Street
                                                                              Alexandria, Virginia 22314
                                                                              (703) 739-4300 (ph)
                                                                              (703) 739-2323 (fax)
                                                                              Counsel for Plaintiff

                                      /s/
                        Anna Forbes Towns
D.C. Bar No. 431553
313 Hammonton Place
Silver Spring, MD 20904
(301) 680-9166
(202) 359-3464
Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OPTIONS PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1004 (PLF/DAR) |
| CAMILLE HOWE, as next friend of the minor child, A.H. *et. al.* | : | |
| Defendants | : | |

## ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Dismissal filed by the parties, it is on this \_\_\_\_ day of September, 2008 hereby

ORDERED that this action be dismissed with prejudice.

SO ORDERED.

_____
Judge Deborah A. Robinson
U.S. District Court